**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PROTECTING MICHIGAN TAXPAYERS, a
Michigan Non-Profit Corporation,

**Case No. 16-305**

Plaintiff,

vs.

TIMOTHY F. MOONEY, an individual, AND
CHUCK WARREN, an individual, (incorrectly
Identified as d/b/a Silver Bullet, LLC).

Defendants.

_______________________________________/

**NOTICE OF REMOVAL**

Defendants TIMOTHY F. MOONEY ("Mooney") and CHUCK WARREN ("Warren") (incorrectly identified by Plaintiff as d/b/a Silver Bullet, LLC) (Collectively hereafter referred to as "Defendants"), through their undersigned counsel, hereby give notice of removal of this action from the 30th Judicial Circuit Court For Ingham County, Michigan to the United States District Court for the Western District of Michigan, Southern Division and state as follows:

1. On or about February 8, 2016, Plaintiff filed an action in the 30th Judicial Circuit Court for Ingham County, Michigan, Case No. 15-115-CB (the "State Action") against Defendants Mooney and Warren in their individual capacities. Copies of all pleadings filed in the State Action and served on Defendants are attached hereto as **Exhibit A** and incorporated herein by reference.

2. Plaintiff served a Summons and Complaint on Defendant Chuck Warren on or about February 29, 2016.

3. Plaintiff served the Summons and Complaint on Defendant Timothy Mooney on or about March 1, 2016.

4. Plaintiff is a Michigan Non-Profit Corporation and is a citizen of Michigan.

5. Defendant Chuck Warren is a citizen of the State of Utah.

6. Defendant Timothy Mooney is a citizen of the State of Arizona.

7. Defendants timely file this Notice of Removal pursuant to 28 U.S.C. § 1446(b) which is within 30 days of the receipt of service of process on Defendant Warren.

8. Plaintiff's claims in the State Action arise out of the performance under a written contract for certain ballot petition circulation and signature gathering services related to Plaintiff's effort to repeal the Michigan Prevailing Wage Act.

9. The Court has original jurisdiction over Plaintiff's claims under the provisions of 28 U.S.C. §1332 because: (a) there is complete diversity between Plaintiff, a Michigan Non-Profit Corporation, and Defendants who are citizens of the states of Arizona and Utah; and (b) the amount in controversy is clearly in excess of $75,000 as Plaintiff's complaint seeks economic contract damages exceeding $1,356,397.55. See **Exhibit A.**

10. This action may be properly removed pursuant to 28 U.S.C. §1441(a) and §1446 as Plaintiff's claims are between citizens of different states (Michigan for Plaintiff and Utah and Arizona for Defendants), with no Defendant being a citizen of the forum state; and the amount in controversy exceeds $75,000, conferring federal diversity jurisdiction under 28 U.S.C. § 1332(a).

11. Under U.S.C. §1446(d), Defendants will provide prompt notice of this Notice of Removal to all adverse parties by First Class Mail, and to the State Court by filing a copy of this Notice of Removal with the Clerk of the Court for the 30th Judicial Circuit for Ingham County, Michigan.

Defendants Chuck Warren and Timothy F. Mooney file this Notice of Removal through their undersigned counsel.

Dated: March 24, 2016

/s/ David E. Einstandig
David E. Einstandig (P47344)
Thav Gross PC
30150 Telegraph Road, Suite 444
Bingham Farms, MI 48025
Telephone: (248) 645-1700
Facsimile: (248) 645-8205
Email: deinstandig@thavgross.com

/s/ Jeffrey B. Linden
Jeffrey B. Linden (P58007)
Linden Law Firm, PLC
24359 Northwestern Hwy., Ste. 200
Southfield, MI 48075
Telephone: (248) 694-9422
Facsimile: (248) 686-0722
Email: jbl@lindenlawfirm.com

*Attorneys for Defendants Chuck Warren and Timothy F. Mooney.*

**CERTIFICATION OF SERVICE**

I hereby certify that on March 24, 2015 I served a copy of the Notice of Removal and this Certificate of Service via email, and by first class mail on counsel of record at the address listed below:

WITTE LAW OFFICES, PLLC
Norman C. Witte
Attorney for Plaintiff
119 E. Kalamazoo Street
Lansing, MI 48933

/s/ David E. Einstandig
David E. Einstandig (P47344)
Thav Gross PC
30150 Telegraph Road, Ste. 444
Bingham Farms, MI 48025
Telephone: (248) 645-1700
Facsimile: (248) 645-8205
Email: deinstandig@thavgross.com