B

Protecting Michigan Taxpayers v. Warren and Mooney Complaint Exhibit B

Site Navigation

SILVER BULLET

# CODE OF ETHICS AND STANDARDS OF PRACTICE FOR SILVER BULLET LLC

**CODE OF ETHICS AND STANDARDS OF PRACTICE FOR SILVER BULLET**

**SILVER BULLET HAS BEEN ETHICS TRAINED AND CERTIFIED** Certificate of Training for LD-203 Ethics Certification

As an employee, independent consultant, sub-contractor, supervisor, coordinator or signature gatherer for Silver Bullet, I agree to certain standards of practice that I must maintain. I pledge to adhere to the following Code of Professional Ethics when employed or contracted by Silver Bullet:

- I will to the best of my ability clearly and honestly describe and explain the initiative, referendum, recall, voter registration or petition I have been contracted to obtain signatures for, using only the descriptions approved by the client.
- I will fully abide by all local, state and federal laws regarding the gathering of signatures for initiative, referendum, recall and voter registration.
- I will be honest and respectful in my relationship with voters.
- I will treat my colleagues and clients with respect and will not intentionally injure their professional or personal reputations.
- I will not indulge in any activity that will impede or prohibit a voter from fulfilling their Constitutional right to vote or petition their government.
- I will use no appeal to voters that is based on racism, sexism, religious intolerance or any form of unlawful discrimination and will not tolerate those who use such practices. In turn, I will work for equal voting rights and privileges for all citizens.
- I will not use tactics such as "bait and switch" which may entice a voter to sign a petition

under a false assumption.

- I will only use funds received from Silver Bullet or its clients for the purposes described in writing or invoiced.
- I will respect information given in confidence by Silver Bullet and their clients and not reveal confidential or privilege information obtained during our professional relationship.

I acknowledge that a first-time breech of any of the above are grounds for immediate dismissal and termination of contract, and listing on Silver Bullet's permanent "do not hire" list.

I finally understand that if Silver Bullet becomes aware of my violating any part of election law, Silver Bullet will encourage law enforcement to prosecute, will cooperate with any investigation, and if permitted will testify for the prosecution.

## IMPORTANT LINKS

About Us

Our Work

Code Of Conduct

Blog

Contact Us

## RECENT ARTICLES

### Nevada Senate Race is Close

The race to replace Senator Harry Reid is tight between likely Republican and Democrat party nominees. The early poll (see the full results here), show Republicans with a slight edge, but nearly...

### How Hillary matches up with Republican candidates in Nevada

A recent poll, by dotVOTE (www.polls.vote) of 857 likely voters in Nevada, shows that Hillary has some work to do in the Silver State. Nevada, an early presidential primary state,...

### Majority of California's Latino voters highly value school testing

Latino voters consider California's standardized tests an important measure of

student growth and school performance, according to a new poll that shows the state's largest minority group also feels strongly...

# CONNECT WITH US

4730 South Fort Apache Road, Suite 300
Las Vegas, NV 89147-7947
info@silverbulletllc.com

Office: 702-496-7167

© 2016 Silver Bullet. All rights reserved. Sitemap

C

## AGREEMENT

THIS AGREEMENT is hereby entered into as of the date first signed below, by and between **Silver Bullet LLC**, a Nevada corporation (hereinafter referred to as SB) and, **Protecting Michigan Taxpayers**, a Michigan nonprofit corporation, (hereinafter referred to as "COMMITTEE") with reference to the following facts.

## RECITALS

1. COMMITTEE desires to secure the services of a professional petition circulation company to obtain signatures on petitions ("petitions") for citizen initiated legislation in Michigan to repeal the Michigan Prevailing Wage Act.
2. SB is willing to use its best efforts to perform the above-described services in the manner specified in this Agreement for the consideration specified in this Agreement.
3. COMMITTEE acknowledges that SB will use its best efforts to collect not less than Three Hundred Sixty Five Thousand (365,000) and not more than Three Hundred Eighty Five Thousand (385,000) gross signatures, with at least a seventy percent (70%) validity rate, in accordance with Michigan requirements within ninety (90) days to qualify an initiative for the ballot.
4. SB acknowledges that the number of signatures desired by COMMITTEE may be adjusted, reflecting its timely success in gathering signatures through volunteer efforts.

## AGREEMENTS

THEREFORE, in consideration of the mutual covenants and conditions hereinafter set forth, it is agreed as follows:

### ARTICLE 1. TERM OF AGREEMENT

**Section 1.01. Term.** This Agreement shall be effective as of the date first signed below and shall terminate upon the first of the following conditions to occur:

(a) Submission of the petitions to the applicable government agencies;

(b) Five (5) days following receipt of written notice of termination for any reason by the COMMITTEE to SB;

(c) Mutual agreement of the parties to terminate this Agreement; and

(d) The giving by SB of written notice to COMMITTEE of the failure of COMMITTEE to perform any of its obligations hereunder, provided that SB first provides five (5) days notice of such alleged failure and an opportunity within such five (5) days for the COMMITTEE to remedy such failure.

**Section 1.02. Refunds/Payments.** Upon the termination of this Agreement for any of the above reasons, SB shall refund to COMMITTEE any amount paid in advance by COMMITTEE in excess of that amount due and owing by COMMITTEE for signatures gathered, with the exception of the non-refundable deposits herein described in Section 4.01. (b) 1, and 2.

**ARTICLE 2. OBLIGATIONS OF COMMITTEE**

**Section 2.01. Retention of SB.** COMMITTEE hereby exclusively retains SB to provide the services specified in Article 3 hereof.

**Section 2.02. Duties of Committee.**

(a) COMMITTEE agrees to comply with all reasonable requests of SB in connection with the performance of SB's duties under this Agreement. Upon the request of SB, COMMITTEE shall promptly designate in writing to SB one or more specific representatives to coordinate with SB and to provide on a timely basis review, approval, or consultation as may be required by SB. Upon the request of SB, COMMITTEE shall promptly designate in writing additional or different persons to perform such coordination, review, approval, or consultation services. Such representatives and persons shall perform said services when requested by SB.

(b) COMMITTEE shall, at its expense, design and print petition sections. COMMITTEE shall in a timely manner provide SB with sufficient petition sections in a reasonable amount, as SB shall specify for the purpose of obtaining signatures on petition sections.

(c) COMMITTEE must challenge validation of signatures within one (1) week of SB providing scanned copies of the petitions gathered by the COMMITTEE or its designees.

(d) COMMITTEE shall instruct SB in writing where and when to transmit the petitions containing signatures.

(e) COMMITTEE shall provide or deliver to SB such other information, as SB shall reasonably request.

**Section 2.03. Exclusive Services.**

(a) This Agreement shall restrict COMMITTEE from retaining at any time additional paid signature gathering services of any kind from any person or entity to collect signatures on this project unless otherwise mutually agreed to in writing by SB and COMMITTEE.

(b) This Agreement shall not restrict COMMITTEE from utilizing direct mail vendors and non-paid signature gatherers to collect signatures for the qualification of this initiative; however, SB shall assume no responsibility with respect to signatures collected by non-paid signature gatherers unless the COMMITTEE chooses to have SB validate such petitions in accordance with this Agreement and for the compensation provided in Section 4.01. (b) 4.

**Section 2.04. Assignment.** Neither party to this Agreement may assign its duties or obligations under this Agreement without the prior written consent of the other party.

**ARTICLE 3. SERVICES TO BE PERFORMED BY SB**

**Section 3.01. Specific Services.** SB shall perform the following services in connection with petitions for the initiative:

(a) SB shall consult with COMMITTEE regarding the design of the petition sections, whose design and format shall be in compliance with the Michigan Elections Code and any other applicable legal requirements, as determined by legal counsel provided by and at the expense of COMMITTEE.

(b) SB shall, upon receiving COMMITTEE's instruction to commence signature gathering, cause to be solicited signatures on petitions for the initiatives. The parties acknowledge that inasmuch as the petitions require that those who sign them are registered voters, it is assumed that persons signing the petitions understand this requirement and SB is under no obligation to take any further steps to insure that those signing them are registered voters. COMMITTEE may include in its script pursuant to Section 3.01(d), a statement for circulators to read to prospective signers informing them that they must be registered as a voter in the particular county for which signatures are being gathered.

(c) SB shall validate one hundred percent (100%) of all signatures gathered by SB against an up-to-date voter file provided by COMMITTEE to SB at COMMITTEE's expense and in a format designated by SB. The criterion used to determine the validity of signatures shall be based upon the written instructions of COMMITTEE and/or COMMITTEE's legal counsel. SB shall be compensated for such service in accordance with Section 4.01. (b) 5 of this Agreement.

(d) SB will submit to the COMMITTEE in a timely manner the petitions with signatures provided that payment in full has been rendered for the signatures being submitted so that the COMMITTEE shall submit the petitions to the appropriate elections officials for verification purposes. SB will keep the designated COMMITTEE representative reasonably informed on a weekly basis as to the progress of the efforts to qualify the initiatives.

(d) SB agrees that it will make available for circulators, along with petition sections, any script prepared by COMMITTEE that describes the initiatives and accompanying instructions to circulators. Circulators are to use information contained in such script exclusively for purposes of explaining to potential signers the purposes of the initiatives and securing signatures thereby on such petitions.

**Section 3.02. Method of Performance.** SB will determine the method, details and means of performing its services under this Agreement.

**Section 3.03. Additional Assistance.** SB may at SB's expense obtain such assistance as SB deems necessary to perform the services of SB under this Agreement.

**Section 3.04. Independent Contractor.** SB and its agents shall perform the services under this Agreement as Independent Contractors and shall not be treated as agents or employees of COMMITTEE for federal, state, or local tax purposes or for any other purpose. Sub-vendors and circulators utilized by SB are not its employees, but SB shall assure as part of its performance hereunder that they shall meet industry standards and comply with all applicable federal, state and local laws and regulation while performing under this Agreement.

**Section 3.05. Committee Access.** A COMMITTEE designated representative shall have reasonable access during normal business hours to the operations of SB relating to the

initiative so long as such access does not interfere with SB's activities. For the duration of this project, SB agrees to maintain an office or offices in the State of Michigan to conduct the proper performance of its duties under this Agreement.

**Section 3.06. Ownership Of Petitions.** All petitions with signatures become the sole property of COMMITTEE once payment in full for said petitions is received by SB pursuant to Article 4.01. of this Agreement.

**Section 3.07. Non-Exclusive Services.** This Agreement shall not restrict SB from rendering at any time services of any kind to any person or entity, including but not limited to services related to or concerning the obtaining of signatures on other petitions or performing services in connection with proposed or actual ballot measures or election campaigns except for initiatives contrary to the purpose for which this Agreement has been executed and that are within the same applicable jurisdiction during the timeframe of this Agreement.

**Section 3.08. Campaign and Election Laws.** SB shall perform its services hereunder without violation of campaign or election laws. SB shall have no direct responsibility for assuring full and accurate compliance by Committee with campaign and election laws requiring disclosure, but shall cooperate with COMMITTEE, COMMITTEE's legal counsel, and COMMITTEE's treasurer regarding reporting requirements related to petition circulation activities.

**ARTICLE 4. COMPENSATION**

**Section 4.01. Fees and Expenses.** Committee shall pay SB as follows:

(a) COMMITTEE shall pay SB Two Dollars and Eighty-Two Cents ($2.82) per signature collected by SB.

(b) COMMITTEE shall make payments to SB on the following schedule:

1. Upon execution of this Agreement, a non-refundable advance payment of Ten Thousand Dollars ($10,000) as a first payment and applied to a total start-up fee of Twenty Five Thousand Dollard ($25,000). If the COMMITTEE exercises its right to cancel prior to the balance of the Twenty-Five Thousand Dollar ($25,000) non-refundable start-up fee being paid in full, the monies received by SB to date shall be the sole

liquidated damages and the COMMITTEE shall owe no further monies to SB upon the cancellation.

2. On or before June 20, 2015, an advance payment of Seventy Five Thousand Dollars ($75,000), to be held and applied to the final signature collected by SB and a second and final payment of Fifteen Thousand Dollars ($15,000) towards a total start-up fee of Twenty Five Thousand Dollard ($25,000).

3. SB shall provide COMMITTEE with an invoice each week representing signatures collected, processed and validated for the previous week. Payments for signatures collected by SB shall be paid by bank wire by COMMITTEE within 48 (forty-eight) hours upon receipt of invoice by COMMITTEE.

4. SB shall be paid Fifty Cents ($0.50) per signature by COMMITTEE upon receipt by COMMITTEE of an invoice for processing of signatures collected by the COMMITTEE, its volunteers, or from any other source not collected by SB;

5. SB shall be paid Thirty-Five Cents ($0.35) per signature for validation of signatures pursuant to Section 3.01. (c) of this Agreement, unless COMMITTEE chooses to have validation conducted by a different firm, in which case COMMITTEE shall not pay SB for any validation costs. Any firm agreed upon must conduct validation and issue a report to COMMITTEE and SB within one (1) week of SB providing petitions to the firm.

6. If SB has not collected a minimum of 365,000 signatures by the one-hundredth (100th) day of signature gathering, payment per signature as specified in Section 401. (a) from COMMITTEE to SB shall be reduced to One Dollar ($1.00) per signature for the remaining signatures.

(c) In the event that SB's performance hereunder is prohibited for more than five (5) consecutive days due to natural disaster, record-breaking or adverse weather conditions, or acts of God, SB may propose to COMMITTEE remedies to assist SB in assuring SB's timely performance hereunder. COMMITTEE acknowledges that under such circumstances, a price adjustment may be necessary to allow SB complete the terms of this Agreement.

(d) In the event that SB's performance hereunder is impacted for more than five (5) consecutive days due to aggressive opposition to signature gathering, concerted media campaigns urging voters not to sign, or tactics to recruit sub-vendors or circulators at a higher price, or competition for circulators from other initiative petitions within Michigan or other states, SB may propose to COMMITTEE remedies to assist SB in assuring SB's timely performance hereunder. COMMITTEE acknowledges that under such circumstances, a price adjustment may be necessary to allow SB to complete the terms of this Agreement.

**Section 4.02. Payment.** Payment for the petition signatures as provided for herein or any other payments provided for herein shall be considered made when the required funds are delivered by negotiable instrument to SB. SB shall be under no obligation to collect signatures pursuant to Section 3.01. until such time as advance payment is received.

**ARTICLE 5. TERMINATION, REMEDY PROVISIONS**

**Section 5.01. Early Termination.** In the event that COMMITTEE terminates this Agreement at any time, COMMITTEE's sole remaining obligation shall be to pay SB for fees earned up to that date of termination, plus, if terminated prior to June 25, 2015, an additional Twenty-Five Thousand ($25,000). Any advance payments (which have not been applied to actual signatures gathered pursuant to the Agreement) made by COMMITTEE pursuant to Section 4.01. shall be refunded by SB within ten (10) days. The parties acknowledge that this Agreement shall not be deemed to have been terminated early if SB collects approximately Three Hundred Seventy-Five Thousand (375,000) gross signatures, such number to be adjusted downward by the number of signatures collected through volunteer efforts.

**Section 5.02. Remedies.** Notwithstanding anything else to the contrary in this Agreement, a party of this Agreement shall have all remedies available to it under Michigan law (legal and equitable) against the party, including and without limitation, the recovery of damages for breach of contract, whether or not the contract is terminated.

**Section 5.03. Payments on Termination.** In the event this Agreement is terminated by either party pursuant to Section 1.01., all amounts owed to SB shall be due and payable only to the extent that signatures have been gathered, and SB shall promptly refund to COMMITTEE any amounts advanced by COMMITTEE less that amount earned pursuant to

section 4.01. signatures obtained as of the termination date and the amount specified in Section 5.01. Upon receipt by SB of COMMITTEE's notice of termination pursuant to Section 1.01., SB agrees to cease all signature gathering by SB's contractors during such time before the termination becomes effective in accordance with Section 1.01.

**Section 5.04. Indemnification.** SB agrees to indemnify and hold harmless COMMITTEE from any against all claims, causes of action, liabilities, damages, losses, and expenses, including reasonable attorney's fees and costs (collectively, "Losses"), that COMMITTEE may incur as a result of SB's negligence, misconduct, or material breach of the Agreement. COMMITTEE agrees to indemnify and hold harmless SB from and against all claims, causes of action, liabilities, damages, losses, and expenses, including reasonable attorney's fees and costs (collectively, "Losses"), that SB may incur as a result of COMMITTEE's negligence, misconduct, or material breach of contract.

**ARTICLE 6. BEST EFFORTS**

**Section 6.01. Best Efforts.**

(a) SB will make best efforts to collect approximately Three Hundred Seventy-Five Thousand (375,000) gross signatures of registered voters within the State of Michigan, with at least a seventy percent (70%) validity rate, and that said signatures will be turned in to the elections officials within ninety (90) days and in accordance with Michigan law.

(b) Should verification indicate a percentage of valid signatures which is less than seventy percent (70%), SB will, at SB's expense and at COMMITTEE's choice, either (1) reimburse COMMITTEE at the contract rate per deficient signature for the total number of deficient signatures that fall below the number determined by multiplying the contract rate times the gross number of signatures collected; or (2) provided the signatures have not been submitted to the elections officials and sufficient time exists to meet the necessary deadlines for qualification, allow SB to collect sufficient valid signatures to make up the deficiency at no cost to the COMMITTEE.

## ARTICLE 7. GENERAL PROVISIONS

**Section 7.01. Notices.** Any notices to be given hereunder by either party to the other may be effected either by (a) personal delivery in writing, (b) by mail, registered or certified, postage prepaid with return receipt requested, or (c) by facsimile, telephonic and email communications. Mailed notices shall be addressed to the parties at the addresses appearing at the end of this Agreement, but each party may change the address by written notice in accordance with this paragraph. Notices delivered personally will be deemed communicated as of actual receipt by the addressee. Mailed notices will be deemed communicated as of five (5) days after mailing. Notices delivered by facsimile and email communications shall be sent contemporaneously and shall be deemed to be delivered within seventy-two (72) hours after transmission. Telephonic transmissions shall be made contemporaneously with facsimile and email communications and shall be deemed communicated at such time as the parties communicate directly with each other in person or within seventy-two (72) hours after a detailed voicemail message is transmitted by one party to the other.

**Section 7.02. Entire Agreement.** This Agreement supersedes any and all agreements, either oral or written, between the parties hereto with respect to rendering of services by SB for COMMITTEE and contains all of the covenants and agreements between the parties with respect to rendering of such services in any manner whatsoever. Each party to this Agreement acknowledges that no representations, inducements, promises, or agreements, orally or otherwise, have been made by any party, or anyone acting on behalf of the party, which are not embodied herein, and that no other agreement, statement, or promises not contained in this Agreement will be effective unless it is in writing, and signed by the party to be charged. Each party to this Agreement acknowledges that this Agreement contains no implied covenants or warranties of any kind or nature.

**Section 7.03. Partial Invalidity.** If any provision in this Agreement is held by a court of competent jurisdiction or arbitrator to be invalid, void, or unenforceable, the remaining provisions will nevertheless continue in full force without being impaired or invalidated in any way.

**Section 7.04. Governing Law.** This Agreement will be governed by and construed in accordance with the laws of the State of Michigan. The venue for any dispute whatsoever

related to this Agreement shall only be proper in a court of competent jurisdiction located in Ingham County, Michigan.

**Section 7.05. Time of the Essence.** Time is of the essence of this Agreement and all provisions hereof.

**Section 7.06. No Waivers.** Any waivers in connection with this Agreement of obligations thereunder shall be made in writing. No acquiescence in or waiver of breach or modification of any term or covenant or condition of the Agreement shall be construed to be an acquiescence or waiver in regard to any succeeding breach. No act, delay or omission done, suffered or permitted by any party shall be deemed to exhaust or impair any right, remedy or power of said party hereunder doing, suffering or permitting said act, delay or omission.

**Section 7.07. Authorization to Sign.** The parties hereby represent and warrant that the persons executing this Agreement have read the foregoing Agreement, are authorized to execute this Agreement, and are authorized to obligate the respective parties to perform this Agreement. This Agreement may be signed in counterparts.

**Section 7.08. Limitation of COMMITTEE Liability.** The COMMITTEE is a Michigan nonprofit corporation. SB agrees that the directors, officers, employees, agents and volunteers of the COMMITTEE shall not be personally liable for any debt, liability, or obligation of the COMMITTEE. All persons, corporations or other entities extending credit to, contracting with, or having any claim against the COMMITTEE, may only look to the funds and property of the COMMITTEE for payment of any debt, damages, judgment, decree, or any money that may otherwise become due or payable to them from the COMMITTEE.

**Section 8.01 Confidentiality.** SB acknowledges that all materials supplied to it by COMMITTEE and the creation of this Agreement and the manner of performance of services pursuant to this Agreement is and shall be deemed to be confidential (the "Confidential Information"), the disclosure of which shall result in irreparable harm to COMMITTEE. Accordingly, SB shall take all steps necessary to maintain the Confidential Information as confidential, including without limitation, requiring that the independent contractors and sub-vendors used by SB shall maintain the confidentiality of the Confidential Information.

Breach of this confidentiality provision shall result in the forfeiture of any unpaid balances otherwise due hereunder from COMMITTEE to SB and SB's liability to COMMITTEE for damages that COMMITTEE shall incur.

Executed by each party on the date and year written below.

Silver Bullet, LLC

By: *Timothy F Mooney* [signature]

**Timothy F. Mooney**
**Partner**
**Silver Bullet LLC**
**746 East Winchester Street, Suite 140**
**Salt Lake City, Utah 84107**
**(801) 685-2767**
**Email : Tim@silverbulletllc.com**

**Date :** 5/28/15

**COMMITTEE – Protecting Michigan Taxpayers**

**By:** [signature]
(Name Printed) CHRIS FISHER
(Its) Vice President
(Address) PO Box 14162
(City, State, Zip) Lansing MI 48901
(Phone) 517 285-2829
(Email) FISHER@ABCMI.COM

**Date :** 5-28-15

D

**Subject:** 2015 MI Petition Circulation law
**Date:** Thursday, May 21, 2015 at 2:53:24 PM Eastern Daylight Time
**From:** Chris Fisher
**To:** Tim Mooney

Tim:

Here is the latest petition gathering "rulebook" from the MI Secretary of State as of 2015. For you to review

http://www.michigan.gov/documents/sos/Ini_Ref_Pet_Website_339487_7.pdf

STATE OF MICHIGAN
RUTH JOHNSON, SECRETARY OF STATE
DEPARTMENT OF STATE
LANSING

March 2015

## -- INITIATIVE AND REFERENDUM PETITIONS --

The following provides information on launching a petition drive to amend the state constitution, initiate new legislation, amend existing legislation or subject newly enacted legislation to a referendum vote.

**Petition Format**

Michigan election law, MCL 168.544d, grants the Secretary of State the authority to prescribe a petition form for the countywide circulation of initiative and referendum petitions. MCL 168.544d further provides that the prescribed form must be in substantial compliance with MCL 168.544c and MCL 168.482 -- two additional provisions of Michigan election law which address the formatting of petitions. A description of the prescribed initiative and referendum petition format and the pertinent provisions of the State Constitution and Michigan election law are included with this informational packet for your reference.

As a service to those interested in launching an initiative or referendum petition drive, the Michigan Department of State's Bureau of Elections offers its staff for consultations on the various petition formatting requirements, provided that the petition sponsor intends to submit the petition to the Board of State Canvassers for approval as to form. Please note that while staff consultations include a thorough review of whether the petition complies with the technical formatting requirements described below, the following features are *not* subject to staff review and are solely the responsibility of the petition sponsor: type size, the substance of the proposal which appears on the petition, the substance of the summary of the proposal which appears on the signature side of the petition, and the manner in which the proposal language is affixed to the petition. Therefore, petition sponsors are strongly encouraged to seek legal counsel with respect to these aspects of their proposal.

**Mandatory Petition Filing Requirement**

Proponents of initiative and constitutional amendment petitions are required to submit a copy of their petition (or amended petition) to the Secretary of State prior to the circulation of the petition. MCL 168.483a; Public Act 276 of 2012 (effective January 1, 2013).. This requirement applies to every petition to initiate legislation or amend the constitution, even if the sponsor does not intend to submit the petition to the Board of State Canvassers for approval as to form (described below).

Please note that any changes made to the petition after the initial submission to the Secretary of State must be submitted as an amended petition.

The full text of each initiative and constitutional amendment proposal will be posted on the Secretary of State's website, www.michigan.gov/elections.

It is important to note that consultations with staff of the Bureau of Elections regarding compliance with the technical formatting requirements are not available to the petition sponsor unless the sponsor intends to engage in the optional approval as to form process (described below).

FILING INSTRUCTIONS:

1. Submit 15 proof copies of the petition. Materials must be sent to the Secretary of State in care of the Bureau of Elections, Richard H. Austin Building, 430 West Allegan Street, 1st Floor, Lansing, Michigan 48918. This address may be used for hand delivery, overnight delivery, or U.S. Mail.

2. Email an electronically generated pdf of the petition to elections@michigan.gov. In the subject line of the email message, please indicate, "483a – Petition Attached."

**Optional "Approval As To Form" Process**

In addition, proponents of petitions to initiate legislation, amend the constitution, or invoke the right of referendum are urged to submit a proof copy of the petition to the Board of State Canvassers for approval as to form prior to the circulation of the petition. While Michigan election law does not require the pre-approval of the petition form, such approval greatly reduces the risk that signatures collected on the form will be ruled invalid due to formatting defects.

Upon determining through the consultation process that an initiative or referendum petition is properly formatted, it is submitted to the Board of State Canvassers for approval as to form. The Board's approval process does *not* include a review of the language or summary of the proposed initiative or referendum, or the manner in which the proposal language is affixed to the petition.

Please note that staff consultations regarding compliance with the technical formatting requirements are only available to petition sponsors who intend to participate in this optional approval as to form process.

Further, any changes made to the petition after it has been approved as to form by the Board of State Canvassers must be submitted as an amended petition with a newly executed Printer's Affidavit.

FILING INSTRUCTIONS:

1. Complete and sign the attached PRINTER'S AFFIDAVIT before a notary public and attach 15 proof copies of the petition. Materials must be sent to the Board of State Canvassers in care of the Bureau of Elections, Richard H. Austin Building, 430 West Allegan Street, 1st Floor, Lansing, Michigan 48918. This address may be used for hand delivery, overnight delivery, or U.S. Mail.

2. Email an electronically generated pdf of the petition to elections@michigan.gov. In the subject line of the email message, please indicate, "BSC – Petition Attached."

3. All filing materials must be received at least 48 hours prior to the Board of State Canvassers meeting at which the petition will be considered. If the petition sponsor fails to timely file all of the required materials, the petition will not be placed on the meeting agenda.

**Circulation Period**

Michigan election law, MCL 168.472a, states, "It shall be rebuttably presumed that the signature on a petition that proposes an amendment to the constitution or is to initiate legislation, is stale and void if it was made more than 180 days before the petition was filed with the office of the secretary of state." Given this provision, signatures more than 180 days old on the date an initiative petition is filed are not counted unless shown to be valid by the proponents of the initiative. Information on the procedure for rebutting the presumption of signature invalidity provided under MCL 168.472a is available from the Michigan Department of State's Bureau of Elections.

A referendum petition can be circulated from the date the law involved is enacted by the legislature to the filing deadline imposed under Art. II, Sec. 9, of the State Constitution (90 days following the final adjournment of the legislative session at which the law was enacted).

**New Law Regarding Non-Resident Petition Circulators**

Public Act 418 of 2014, signed into law and effective on December 30, 2014, authorizes the sponsors of petitions for statewide ballot proposals to utilize petition circulators who are not Michigan residents, provided that the nonresident circulators agree to accept the jurisdiction of the State of Michigan and service of process upon the Secretary of State or her designated agent. A nonresident circulator must make a cross or check mark on the space provided on the petition sheet agreeing to these terms, "otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official." MCL 168.544c(1), as amended by 2014 PA 418.

Instructions for printing the nonresident circulator agreement are provided in the attached publication, "Initiative and Referendum Petitions – Prescribed Format," Section I, "Space for Circulator's Signature and Address".

## Filing Deadline and Signature Requirements

Upcoming deadlines for filing an initiative or referendum petition and the minimum number of signatures required on the petitions are listed below. MCL 168.471; Art. II, Sec. 9, of State Constitution; Art. XII, Sec. 2, of State Constitution.

| TYPE OF PETITION | FILING DEADLINE | SIGNATURE REQUIREMENT |
|---|---|---|
| Initiative to create new or amend existing legislation | June 1, 2016 | 252,523 |
| Initiative to amend the State Constitution | July 11, 2016 | 315,654 |
| Referendum on legislation | 90 days following the final adjournment of the legislative session at which the law was enacted.[1] | 157,827 |

The number of signatures gathered on an initiative or referendum petition should be significantly greater than the minimum number required as invalid signatures are eliminated through a verification process which involves a random sample of the submitted signatures. The sponsors of initiative and referendum petitions are permitted to make one signature submission only; Michigan election law, MCL 168.475(2), prohibits the submission of supplemental signatures after the submission of the initial filing.

## Filing Location

Statewide initiative and referendum petitions are filed with the Michigan Department of State's Bureau of Elections, Richard H. Austin Building, 1st Floor, 430 West Allegan Street, Lansing, Michigan 48918. Please contact the Bureau of Elections at 517-373-2540 to make arrangements for the submission of the petition well in advance of the applicable filing deadline.

## Disposition of Proposal

INITIATIVE TO CREATE NEW OR AMEND EXISTING LEGISLATION: If the petition is determined to contain a sufficient number of valid signatures by the Board of State Canvassers, the state legislature has 40 session days to adopt or reject the proposal. Art. 2, Sec. 9, of the State Constitution provides: "If the law so proposed is not enacted by the legislature within the 40 days, the state officer authorized by law shall submit such proposed law to the people for approval or rejection at the next general election. The legislature may reject any measure so proposed by initiative petition and propose a different measure upon the same subject by a yea and nay vote upon separate roll

[1] For legislation enacted in 2014, the filing deadline is March 30, 2015, the 90th day following the final adjournment of the legislature, which occurs on December 30, 2014. House Concurrent Resolution No. 40 (2014).

calls, and in such event both measures shall be submitted by such state officer to the electors for approval or rejection at the next general election."

If a majority of the votes cast are in favor of the legislative initiative and/or any alternative proposal placed on the ballot, the measure goes into effect. The state constitution further provides: "... If two or more measures approved by the electors at the same election conflict, that receiving the highest affirmative vote shall prevail."

INITIATIVE TO AMEND THE STATE CONSTITUTION: If the petition is determined to contain a sufficient number of valid signatures by the Board of State Canvassers, the proposed amendment is placed on the next general election ballot for the consideration of the state's voters. If approved by a majority of voters voting on the question, the proposed constitutional amendment goes into effect. Art. XII, Sec. 2, of State Constitution.

REFERENDUM ON LEGISLATION: If the petition is determined to contain a sufficient number of valid signatures by the Board of State Canvassers, the implementation of the law involved is suspended pending the placement of the law on the next general election ballot for the consideration of the state's voters. A majority vote determines whether the law goes into effect. MCL 168.477(2).

**Law Available**

A copy of the compiled Michigan election law may be obtained for $7.50 from the Department of State's Bureau of Elections. Please make your check or money order payable to the "State of Michigan." The Michigan election law can also be accessed through the Web site maintained by the Michigan State Legislature, www.legislature.mi.gov.

**Questions?**

If you have any questions, please do not hesitate to contact the following office:

Michigan Department of State
Bureau of Elections
P.O. Box 20126
Lansing, MI 48901-0726
Phone: (517) 373-2540
Fax: (517) 241-4785

STATE OF MICHIGAN
RUTH JOHNSON, SECRETARY OF STATE
DEPARTMENT OF STATE
LANSING

March 2015

# INITIATIVE AND REFERENDUM PETITIONS
## - PRESCRIBED FORMAT –

## I. STANDARD FORMAT

### Sheet Size

The size of the petition sheet shall be 8 ½ by 14 inches. MCL 168.482(1). The petition format shall be arranged horizontally (in landscape layout) on the sheet. MCL 168.544d.

### Presentation of Proposal

The proposal shall be presented in 8-point type as described below. MCL 168.482(3).

CONSTITUTIONAL AMENDMENT: The full text of a constitutional amendment shall appear at the top of the signature side of the petition sheet after an introduction which specifies the provision or provisions of the State Constitution which the proposal is designed to alter, eliminate or create. If the proposal would alter or abrogate one or more existing provisions of the State Constitution, the full text of the provision or provisions which would be altered or abrogated by the proposal shall appear beneath the proposal, preceded by the words: "Provisions of existing constitution altered or abrogated by the proposal if adopted." MCL 168.482(3).

A proposed amendment is said to "alter" an existing provision only when the amendment would actually add to, delete from, or change the existing wording of a provision of the State Constitution. A proposed amendment would "abrogate" (eliminate) an existing provision if it would: (a) render that provision or some discrete component of it wholly inoperative, a nullity; or (b) become impossible for the proposed amendment to be harmonized with an existing provision of the State Constitution when the proposed amendment and existing provision are read together.

If there is not sufficient space at the top of the signature side of the petition sheet to print all of the foregoing, the introduction shall be followed by a brief synopsis of the proposal and reference shall be made to the reverse side of the sheet for the full text of the proposal. The full text of the constitutional amendment shall appear on the reverse

side of the petition sheet after an introduction which specifies the provision or provisions of the State Constitution which the proposal is designed to alter, eliminate or create. If the proposal would alter or abrogate one or more existing provisions of the State Constitution, the full text of the provision or provisions which would be altered or abrogated by the proposal shall also appear on the reverse side of the petition sheet, preceded by the words: "Provisions of existing constitution altered or abrogated by the proposal if adopted." The signature side of the sheet shall specify the provisions of the existing constitution which would be altered or abrogated by the proposal and reference shall be made to the reverse side of the sheet for the full text of the provisions.

LEGISLATIVE PROPOSAL: The full text of a legislative proposal shall appear at the top of the signature side of the petition sheet after an introduction which specifies the title and the provision or provisions of Michigan law which the proposal is designed to alter, eliminate or create. Art. IV, Sec. 24, of the State Constitution.

If there is not sufficient space at the top of the signature side of the petition sheet to print the legislative proposal, the introduction shall be followed by a brief synopsis of the proposal and reference shall be made to the reverse side of the sheet for the full text of the proposal. The full text of the proposal shall appear on the reverse side of the petition sheet after an introduction which specifies the title and the provision or provisions of Michigan law which the proposal is designed to alter, eliminate or create.

REFERENDUM: The full text of the legislation which would be affected by the referendum shall appear at the top of the signature side of the petition sheet after an introduction which identifies the legislation involved.

If there is not sufficient space at the top of the signature side of the petition sheet to print the legislation which would be affected by the referendum, the introduction shall be followed by a brief synopsis of the legislation involved and reference shall be made to the reverse side of the sheet for the full text of the legislation. The full text of the legislation which would be affected by the referendum shall appear on the reverse side of the petition sheet after an introduction which identifies the legislation involved.

**Identification of Petition Type**

The following shall be printed in capital letters in 14-point boldface type on the left margin of the signature side of the sheet or at the top of the signature side of the sheet. MCL 168.482(2).

**INITIATIVE PETITION**
**AMENDMENT TO THE CONSTITUTION**

or

**INITIATION OF LEGISLATION**

or

**REFERENDUM OF LEGISLATION**
**PROPOSED BY INITIATIVE PETITION**

If the reverse side of the petition sheet is used to present the proposal, the appropriate title above shall also be printed in capital letters in 14-point boldface type at the top of the reverse side of the sheet.

**Heading of Petition**

The petition heading shall appear in 8-point type as specified below. MCL 168.482(4). The heading shall be placed at the top of the signature side of the sheet immediately beneath the presentation of the proposal.

> We, the undersigned qualified and registered electors, residents in the county of ___________________, State of Michigan, respectively petition for (amendment to constitution) (initiation of legislation) (referendum of legislation).

**Warning to Petition Signers**

A warning to the signers of the petition shall appear in 12-point boldface type as specified below. MCL 168.482(5). The warning shall be placed immediately above the signature lines.

> **WARNING - A person who knowingly signs this petition more than once, signs a name other than his or her own, signs when not a qualified and registered elector, or sets opposite his or her signature on a petition, a date other than the actual date the signature was affixed, is violating the provisions of the Michigan election law.**

## Entry Spaces for Signers

There shall be presented in 8-point type fifteen (15) lines as shown below for signers to enter their city or township of registration, cursive signature, printed name, street address or rural route, Zip Code and the date of signing. MCL 168.482(6); 168.544c(1)(2).

| INDICATE CITY OR TOWNSHIP IN WHICH REGISTERED TO VOTE | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | ZIP CODE | DATE OF SIGNING MO | DAY | YEAR |
|---|---|---|---|---|---|---|---|
| CITY OF ☐ TOWNSHIP OF ☐ | 1. | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 2. | | | | | | |

## Circulator's Statement

The following statement shall appear in 8-point type in the lower left-hand corner of the petition sheet. MCL 168.544c(1), as amended by2014 PA 418.

CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the city or township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross or check mark in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**Warning to Circulators**

A warning to the circulators of the petition shall appear in 12-point boldface type as specified below. MCL 168.544c(1). The warning shall be placed in the lower left-hand corner of the sheet immediately beneath the circulator's statement.

> **WARNING - A circulator knowingly making a false statement in the above certificate, a person not a circulator who signs as a circulator, or a person who signs a name other than his or her own as circulator is guilty of a misdemeanor.**

**Space for Circulator's Signature and Address**

There shall be presented in 8-point type in the lower right-hand corner of the sheet the certificate shown below for the circulator of the sheet to enter his or her cursive signature, printed signature, street number or rural route, city or township, State, Zip Code, county of registration (if registered to vote) of a non-resident circulator, date of signing, and a line (space) for a non-resident circulator to indicate acceptance of the jurisdiction of the State of Michigan and service of process upon the Secretary of State or her designated agent.

The following line shall appear above the certificate in 12-point boldface type: **"CIRCULATOR - Do not sign or date certificate until after circulating petition."** MCL 168.544c(1)-(2), as amended by 2014 PA 418.

______________________________ ____/____/____

(Signature of Circulator) (Date)

______________________________

(Printed Name of Circulator)

______________________________

Complete Residence Address (Street and Number or Rural Route) [Do Not Enter a Post Office Box]

______________________________

(City or Township, State, Zip Code)

______________________________

(County of Registration, If Registered to Vote, of a Circulator who is not a Resident of Michigan)

**Identification of Petition Sponsor**

The petition sheet shall contain the name and address of the person, group or organization paying for the printing of the petition form preceded by the words: "Paid for with regulated funds by." MCL 169.247. If a detachable stub or other type of petition sheet extension is used (see below), the identifying statement may be placed on it.

## II. APPROVED PETITION DESIGN OPTIONS

### Extension for Instructional and/or Promotional Language

The petition may contain an extension for the presentation of instructional and/or promotional language. The extended portion of the sheet must be detached or otherwise removed prior to the filing of the petition. If a detachable stub or other type of petition sheet extension is used, the sponsor of the petition is responsible for the accuracy of the instructional and/or promotional language placed on the extension.

### Accommodation of Lengthy Initiatives and Referendums

If the full text of the constitutional amendment, legislative proposal or legislation being subjected to a referendum is too lengthy to be contained on the reverse side of the petition sheet, the language of the petition shall be continued on a fold over extension to the sheet. The fold over extension must not be removed prior to the filing of the petition. With the extension folded down, the petition must measure 8 ½ inches by 14 inches in size.

### Clarification of Constitutional Amendment, Legislative Proposal or Referendum of Legislation

If the petition offers a constitutional amendment which involves alterations to existing provisions of the State Constitution, the alterations may be presented by showing any language that would be added to the provision or provisions in capital letters and any language that would be deleted from the provision or provisions struck out with a line.

If the petition offers a legislative proposal or a referendum of legislation which involves alterations to existing provisions of Michigan law, the alterations may be presented by showing any language that would be added to the provision or provisions in capital letters and any language that would be deleted from the provision or provisions struck out with a line.

### Modifications in Column Headings Over Signers' Entry Lines

- The words "INDICATE CITY OR TOWNSHIP IN WHICH REGISTERED TO VOTE" may be modified to read, "MARK WHETHER REGISTERED TO VOTE IN CITY OR TOWNSHIP AND WRITE ITS NAME."
- The words, "STREET ADDRESS OR RURAL ROUTE" may be modified to read, "STREET NO. IN CITIES AND TOWNSHIPS HAVING STREET NOS. OTHERWISE R.R. NOS."

**Presentation of Circulator's Statement in First Person**

The circulator's statement may be presented in first person as follows:

CERTIFICATE OF CIRCULATOR

I, the circulator of this petition, assert that I am 18 years of age or older and a United States citizen; that each signature on the petition was signed in my presence; that I have neither caused nor permitted a person to sign the petition more than once and have no knowledge of a person signing the petition more than once; and that, to my best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the city or township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ (If the circulator is not a resident of Michigan, the circulator shall make a cross or check mark in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official.) By making a cross or check mark in the box provided, I assert that I am not a resident of Michigan and I agree to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by me and I agree that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on me.

**Modifications in Circulator's Entry Lines**

- The following line may be added under the circulator's certificate in boldface type: **"Note: You may sign and circulate the same petition."**

**Reduction in Number of Entry Lines for Signers**

The number of lines appearing on the petition sheet for signers to enter their city or township of registration, cursive signature, printed name, street address or rural route, Zip Code and date of signing may be reduced in number. As any reduction in the number of *lines* provided for signers increases the number of *petition sheets* needed to satisfy the signature requirement, the use of at least seven (7) lines is prescribed to assure that the resultant petition sheet increase is not so great as to impede or delay the petition processing procedure.

**Type Size and Font**

The statutes that govern the form of the petition mandate the use of specific type sizes. The *font* size indicated in some software programs does not always measure the same *type* size. Petition sponsors and printers must exercise caution to ensure that the printed type measures the type size required by law.

Petition sponsors are strongly encouraged to utilize a sans serif font for readability purposes. Examples of such fonts are provided below.

Arial

Microsoft Sans Serif

Tahoma

Verdana

Ruth Johnson
Secretary of State

*INSTRUCTIONS: Use this form for the initial filing of a petition with the Board of State Canvassers, or when filing an amended petition with the Board of State Canvassers, for approval as to form.*

## PRINTER'S AFFIDAVIT

I, ____________________________________________, being duly sworn, depose and say:

1. That I prepared the attached petition proof.

2. That the size of the petition is 8.5 inches by 14 inches.

3. That the heading of the petition is presented in the following form and printed in capital letters in 14-point boldface type:

**INITIATIVE PETITION**
**AMENDMENT TO THE CONSTITUTION**
or
**INITIATION OF LEGISLATION**
or
**REFERENDUM OF LEGISLATION**
**PROPOSED BY INITIATIVE PETITION**

4. That the words, "We, the undersigned qualified and registered electors . . ." are printed in 8-point type.

5. That the two warning statements and language contained therein are printed in 12-point boldface type.

6. That the words, "CIRCULATOR – Do not sign or date . . ." are printed in 12-point boldface type.

7. That the balance of the petition is printed in 8-point type.

8. That the font used in the petition is ______________________________.

9. That to the best of my knowledge and belief, the petition conforms to the petition form standards prescribed by Michigan Election Law and the Secretary of State.

__________________________________
Printer's Signature

__________________________________
Name of Proposal

Notary Public, State of Michigan, County of _______________________.

Acting in the County of ____________________ (where required).

My commission expires ____________________.

Subscribed and sworn to (or affirmed) before me on this ___ day of ___________, 20___,

by __________________________________________.
Name of Affiant

______________________________ ______________________________
Signature of Notary Public Name of Notary Public

E

Protecting Michigan Taxpayers v. Warren and Mooney Complaint Exhibit E

INITIATION OF LEGISLATION

An initiation of legislation to repeal 1965 PA 166, entitled "An act to require prevailing wages and fringe benefits on state projects; to establish the requirements and responsibilities of contracting agents and bidders; and to prescribe penalties," (MCL 408.551 to 408.558); and to provide an appropriation for purposes incidental thereto. If not enacted by the Michigan State Legislature in accordance with the Michigan Constitution of 1963, the proposed legislation is to be voted on at the General Election, November 8, 2016.

FOR THE FULL TEXT OF THE PROPOSED LEGISLATION, SEE THE REVERSE SIDE OF THIS PETITION.

We, the undersigned qualified and registered electors, residents in the county of ____________________, State of Michigan, respectively petition for initiation of legislation.

**WARNING - A person who knowingly signs this petition more than once, signs a name other than his or her own, signs when not a qualified and registered elector, or sets opposite his or her signature on a petition, a date other than the actual date the signature was affixed, is violating the provisions of the Michigan election law.**

| INDICATE CITY OR TOWNSHIP IN WHICH REGISTERED TO VOTE | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | ZIP CODE | DATE OF SIGNING | | |
|---|---|---|---|---|---|---|---|
| | | | | | MO | DAY | YEAR |
| CITY OF ☐ TOWNSHIP OF ☐ | 1. | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 2. | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 3. | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 4. | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 5. | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 6. | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 7. | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 8. | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 9. | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 10. | | | | | | |

BUREAU OF ELECTIONS
MI DEPT OF STATE
2015 MAY 22 PM 2:55

CERTIFICATE OF CIRCULATOR

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the city or township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross or check mark in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the Secretary of State or a designated agent of the Secretary of State has the same effect as if personally served on the circulator.

**WARNING - A circulator knowingly making a false statement in the above certificate, a person not a circulator who signs as a circulator, or a person who signs a name other than his or her own as circulator is guilty of a misdemeanor.**

Paid for with regulated funds by Protecting Michigan Taxpayers, P.O. Box 14162, Lansing, MI 48901

**Circulator—Do not sign or date certificate until after circulating petition.**

____________________ ____/____/____
(Signature of Circulator) (Date)

____________________
(Printed Name of Circulator)

____________________
Complete Residence Address (Street and Number or Rural Route) [Do Not Enter a Post Office Box]

____________________
(City or Township, State, Zip Code)

____________________
(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

Protecting Michigan Taxpayers v. Warren and Mooney Complaint Exhibit E

# INITIATION OF LEGISLATION

An initiation of legislation to repeal 1965 PA 166, entitled "An act to require prevailing wages and fringe benefits on state projects; to establish the requirements and responsibilities of contracting agents and bidders; and to prescribe penalties," (MCL 408.551 to 408.558); and to provide an appropriation for purposes incidental thereto.

THE PEOPLE OF THE STATE OF MICHIGAN ENACT:

Enacting section 1. (1) 1965 PA 166, MCL 408.551 to 408.558, is repealed.

(2) For the fiscal year ending September 30, 2016, $75,000.00 is appropriated from the general fund to the department of licensing and regulatory affairs to implement and to disseminate information regarding the repeal of 1965 PA 166, MCL 408.551 to 408.558. The appropriation made and the expenditures authorized to be made by the department of licensing and regulatory affairs under this enacting section are subject to the management and budget act, 1984 PA 431, MCL 18.1101 to 18.1594.

Enacting section 2. If any part or parts of this act are found to be in conflict with the State Constitution of 1963, the United States Constitution, or federal law, this act shall be implemented to the maximum extent that the State Constitution of 1963, the United States Constitution, and federal law permit. Any provision held invalid or inoperative shall be severable from the remaining portions of this act.

## TEXT OF LAW TO BE REPEALED:
## Public Act 166 of 1965

**408.551 Definitions.**

Sec. 1. As used in this act:

(a) "Construction mechanic" means a skilled or unskilled mechanic, laborer, worker, helper, assistant, or apprentice working on a state project but shall not include executive, administrative, professional, office, or custodial employees.

(b) "State project" means new construction, alteration, repair, installation, painting, decorating, completion, demolition, conditioning, reconditioning, or improvement of public buildings, schools, works, bridges, highways, or roads authorized by a contracting agent.

(c) "Contracting agent" means any officer, school board, board or commission of the state, or a state institution supported in whole or in part by state funds, authorized to enter into a contract for a state project or to perform a state project by the direct employment of labor.

(d) "Commissioner" means the department of labor.

(e) "Locality" means the county, city, village, township, or school district in which the physical work on a state project is to be performed.

**408.552 Contracts for state projects; minimum wage provisions, exceptions.**

Sec. 2. Every contract executed between a contracting agent and a successful bidder as contractor and entered into pursuant to advertisement and invitation to bid for a state project which requires or involves the employment of construction mechanics, other than those subject to the jurisdiction of the state civil service commission, and which is sponsored or financed in whole or in part by the state shall contain an express term that the rates of wages and fringe benefits to be paid to each class of mechanics by the bidder and all of his subcontractors, shall be not less than the wage and fringe benefit rates prevailing in the locality in which the work is to be performed. Contracts on state projects which contain provisions requiring the payment of prevailing wages as determined by the United States secretary of labor pursuant to the federal Davis-Bacon act (United States code, title 40, section 276a et seq) or which contain minimum wage schedules which are the same as prevailing wages in the locality as determined by collective bargaining agreements or understandings between bona fide organizations of construction mechanics and their employers are exempt from the provisions of this act.

**408.553 Prevailing wage and fringe benefit rates; schedule as part of specifications and bid form.**

Sec. 3. A contracting agent, before advertising for bids on a state project, shall have the commissioner determine the prevailing rates of wages and fringe benefits for all classes of construction mechanics called for in the contract. A schedule of these rates shall be made a part of the specifications for the work to be performed and shall be printed on the bidding forms where the work is to be done by contract. If a contract is not awarded or construction undertaken within 90 days of the date of the commissioner's determination of prevailing rates of wages and fringe benefits, the commissioner shall make a redetermination before the contract is awarded.

**408.554 Prevailing wages and fringe benefit rates; establishment; public hearings.**

Sec. 4. The commissioner shall establish prevailing wages and fringe benefits at the same rate that prevails on projects of a similar character in the locality under collective agreements or understandings between bona fide organizations of construction mechanics and their employers. Such agreements and understandings, to meet the requirements of this section, shall not be controlled in any way by either an employee or employer organization. If the prevailing rates of wages and fringe benefits cannot reasonably and fairly be applied in any locality because no such agreements or understandings exist, the commissioner shall determine the rates and fringe benefits for the same or most similar employment in the nearest and most similar neighboring locality in which such agreements or understandings do exist. The commissioner may hold public hearings in the locality in which the work is to be performed to determine the prevailing wage and fringe benefit rates. All prevailing wage and fringe benefit rates determined under this section shall be filed in the office of the commissioner of labor and made available to the public.

**408.555 Prevailing wage and fringe benefit rates; posting by contractors.**

Sec. 5. Every contractor and subcontractor shall keep posted on the construction site, in a conspicuous place, a copy of all prevailing wage and fringe benefit rates prescribed in a contract and shall keep an accurate record showing the name and occupation of and the actual wages and benefits paid to each construction mechanic employed by him in connection with said contract. This record shall be available for reasonable inspection by the contracting agent or the commissioner.

**408.556 Prevailing wages and fringe benefits; failure to pay, termination of contract; contractor's liability and sureties.**

Sec. 6. The contracting agent, by written notice to the contractor and the sureties of the contractor known to the contracting agent, may terminate the contractor's right to proceed with that part of the contract, for which less than the prevailing rates of wages and fringe benefits have been or will be paid, and may proceed to complete the contract by separate agreement with another contractor or otherwise, and the original contractor and his sureties shall be liable to the contracting agent for any excess costs occasioned thereby.

**408.557 Violation of act; penalty.**

Sec. 7. Any person, firm or corporation or combination thereof, including the officers of any contracting agent, violating the provisions of this act is guilty of a misdemeanor.

**408.558 Inapplicability of act.**

Sec. 8. The provisions of this act shall not apply to contracts entered into or the bids made before the effective date of this act.