F

**Subject:** Re: Updates
**Date:** Monday, June 1, 2015 at 11:40:29 AM Eastern Daylight Time
**From:** Chris Fisher
**To:** Tim Mooney
**Priority:** High

Tim:

- Im hopeful petitions will be ready tomorrow. Stay tuned. The printer is based in Lansing.
- Attached is the "talking points"/"instructions"
- Still need to get a palm card ordered. In the meantime, will the attached 8.5 X 11 sheet work?

Also, can you please let me know what format you need us to provide you with a voter file?

---

**From:** Tim Mooney <tim@silverbulletllc.com>
**Date:** Monday, June 1, 2015 at 10:57 AM
**To:** chris fisher <fisher@abcmi.com>
**Subject:** Updates

Hi Chris:

We're getting well organized to be ready to go starting Wednesday. Couple of items:

1. I'll be meeting with the Elections Division today to ensure we're the "A" students when it comes to this petition - we want to be the cleanest, easiest petition they have to deal with.

2. How are we coming with "talking points"?

3. How are we coming with the laminated palm cards?

4. Is the printer of the petitions in Lansing? I would like to pick up as many petitions possible in time for a meeting we're having at 3:00 pm tomorrow with the various managers from throughout the state. I'll be in Lansing tomorrow morning and can pick up as many as the printer has ready by 1 pm - wherever that might be.

5. We are still locking down a couple of area managers and I'll be able to give you an accurate weekly goal count as soon as that happens - let's say Wednesday.

6. I'll give you written updates and invoices every Monday for the previous week ending Friday. The first will be on the 15th.

We're making good planning progress and things are looking fine.

Cordially,

Tim Mooney

Timothy F. Mooney
Partner, Silver Bullet LLC

Direct: 480-518-6168
www.SilverBulletLLC.com
*"Because sometimes you only get one shot!"*

PROTECTING MICHIGAN TAXPAYERS

PROTECTING MICHIGAN TAXPAYERS
Sponsoring the Repeal of Michigan's Wasteful Prevailing Wage Law

## PETITION CIRCULATION RULES AND GUIDELINES

- Circulators must be at least 18 years old and be United States citizens. If a circulator is not a resident of Michigan, the circulator must agree to the terms in the Certificate of Circulator for non-resident circulators and check the box.
- Petition signers must actually be registered Michigan voters.
- Signers must list the address where they are registered to vote.
- Signers may only sign ONE petition.
- Each signer must enter his or her city or township of registration and indicate whether the jurisdiction listed is a "city" or a "township." The city or township entered by the voter must be in the county listed in the sheet's heading.
- Each signer must sign and print his or her first and last name.
- Each signer must enter his or her full address. A rural route number is acceptable. A post office box is not acceptable.
- Each signer must enter his or her zip code.
- Each signer must date his or her signature with the month, day and year.
- Each petition is valid for one county only. Do not list more than one county on a petition. Signers must be registered voters of the county listed in the petition heading. If you are collecting signatures from registered voters from more than one county, be sure to use a separate petition sheet for each county.
- Make sure that signers use a blue or black ballpoint pen and write legibly.
- If a signer makes a mistake, have them cross a single line through it and write on the next line down. Do not use white-out.
- Circulators must be present when petitions are signed.
- Circulators must not leave petitions unattended.
- Circulators must complete the Certificate of Circulator after circulating the petition. Be sure to sign and date the petition on or after the last date on which signatures were collected. Once the circulator signs a petition sheet, no more signatures may be collected on that sheet. Start a new sheet for new signatures.
- Do not mark outside of the provided boxes or make any extraneous markings.
- Do not make copies of the petitions. They are legal documents with very specific print requirements. If you need more petitions, send in your signed petitions and we will send you more, or email us at fisher@abcmi.com.

You will work hard to rally Michigan taxpayers to sign the petition. By following the rules above, you will make sure that the signatures you have worked hard to collect are counted. Additionally, here are a few tips for collecting signatures:

- Smile. Use an opening line to capture the attention of potential signers. A suggested opening line is **"Would you like to sign a petition to save hundreds of millions of dollars each year for Michigan schools?"**
- If someone needs more information, provide it, but do not engage with someone who is argumentative. They will take up time that you could be spending with people who support repealing Michigan's wasteful prevailing wage law. If someone is unreasonably interfering with your ability to circulate the petition, please let us know immediately by email at fisher@abcmi.com.
- Above all, be courteous and truthful about the citizen initiative. Please refer to the fact sheet or FAQ's to be sure that you are accurately explaining the initiative. The actual language of the initiative is written on the back of the petition.

G

Protecting Michigan Taxpayers v. Warren and Mooney Complaint Exhibit G

Outlook File Edit View Message Format Tools Window Help Wed 10:19 AM

Fwd: Please print 100 copies of each – Inbox

Message

Delete Reply Reply All Forward Move Rules Junk Unread Categorize Follow Up

## Fwd: Please print 100 copies of each

Tim Mooney

Sent: Wednesday, June 3, 2015 at 10:09 AM

To: Chris Fisher

Michigan Best Bid Initiative TP.docx (152.5 KB); PETITION CIRCULATION RULES rev 5.27.15(1).docx (175.5 KB); CODE OF ETHICS AND STANDARDS OF PRACTICE.docx (170.1 KB); ATT00003.htm (0.2 KB)

Preview All

You forwarded this message on 6/3/15, 10:14 AM. Show Forward

Attachment "ATT00001.htm" was removed on 12/9/15, 10:18 AM.

Attachment "ATT00002.htm" was removed on 12/9/15, 10:18 AM.

Sent from my iPhone

Begin forwarded message:

> **From:** Tim Mooney <tmooneya1@gmail.com>
> **Date:** June 2, 2015 at 1:39:28 PM EDT
> **To:** ods00330cpc@officedepot.com
> **Subject: Please print 100 copies of each**
>
> --
> Timothy F. Mooney

PROTECTING MICHIGAN TAXPAYERS

PROTECTING MICHIGAN TAXPAYERS
Sponsoring the Repeal of Michigan's Wasteful Prevailing Wage Law

## PETITION CIRCULATION RULES AND GUIDELINES

- Circulators must be at least 18 years old and be United States citizens. If a circulator is not a resident of Michigan, the circulator must agree to the terms in the Certificate of Circulator for non-resident circulators and check the box.
- Petition signers must actually be registered Michigan voters.
- Signers must list the address where they are registered to vote.
- Signers may only sign ONE petition.
- Each signer must enter his or her city or township of registration and indicate whether the jurisdiction listed is a "city" or a "township." The city or township entered by the voter must be in the county listed in the sheet's heading.
- Each signer must sign and print his or her first and last name.
- Each signer must enter his or her full address. A rural route number is acceptable. A post office box is not acceptable.
- Each signer must enter his or her zip code.
- Each signer must date his or her signature with the month, day and year.
- Each petition is valid for one county only. Do not list more than one county on a petition. Signers must be registered voters of the county listed in the petition heading. If you are collecting signatures from registered voters from more than one county, be sure to use a separate petition sheet for each county.
- Make sure that signers use a blue or black ballpoint pen and write legibly.
- If a signer makes a mistake, have them cross a single line through it and write on the next line down. Do not use white-out.
- Circulators must be present when petitions are signed.
- Circulators must not leave petitions unattended.
- Circulators must complete the Certificate of Circulator after circulating the petition. Be sure to sign and date the petition on or after the last date on which signatures were collected. Once the circulator signs a petition sheet, no more signatures may be collected on that sheet. Start a new sheet for new signatures.
- Do not mark outside of the provided boxes or make any extraneous markings.
- Do not make copies of the petitions. They are legal documents with very specific print requirements. If you need more petitions, send in your signed petitions and we will send you more, or email us at fisher@abcmi.com.

You will work hard to rally Michigan taxpayers to sign the petition. By following the rules above, you will make sure that the signatures you have worked hard to collect are counted. Additionally, here are a few tips for collecting signatures:

- Smile. Use an opening line to capture the attention of potential signers. A suggested opening line is **"Would you like to sign a petition to save hundreds of millions of dollars each year for Michigan schools?"**
- If someone needs more information, provide it, but do not engage with someone who is argumentative. They will take up time that you could be spending with people who support repealing Michigan's wasteful prevailing wage law. If someone is unreasonably interfering with your ability to circulate the petition, please let us know immediately by email at fisher@abcmi.com.
- Above all, be courteous and truthful about the citizen initiative. Please refer to the fact sheet or FAQ's to be sure that you are accurately explaining the initiative. The actual language of the initiative is written on the back of the petition.

H

**Subject:** Fwd: Best Bid Final Box Tallies Sheets in PDF Format
**Date:** Monday, September 14, 2015 at 4:19:04 AM Eastern Daylight Time
**From:** Tim Mooney
**To:** Chris Fisher

Chris:

Attached are spreadsheets - one without the black stripes - this goes to the Secretary of State, - one with the black stripes.

Total in the 43 boxes are 390,861. There are

1 Box with 861 signatures
6 Boxes with 5,000 signatures
36 Boxes with 10,000 signatures

See you at the bank at 11 am.

Mooney
---------- Forwarded message ----------
From: **Graciela Montenegro** <gracimontenegro7@gmail.com>
Date: Mon, Sep 14, 2015 at 4:14 AM
Subject: Best Bid Final Box Tallies Sheets in PDF Format
To: Tim Mooney <tmooneyaz@gmail.com>

*Graciela Montenegro*
Silver Bullet, LLC
www.silverbulletllc.com
Office: (801) 685.2767
Cell: (801) 735.1036

--
Timothy F. Mooney

# BEST BID MASTER FINISHED BOX TALLY

* - Blackstripes represent actual signatures removed to increase validity; e.g. out of county, duplicates, etc.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **BOX 1** | **10** | **9** | **8** | **7** | **6** | **5** | **4** | **3** | **2** | **1** | **TOTAL** |
| PAGES | 813 | 130 | 47 | 20 | 13 | 12 | 11 | 0 | 1 | 0 | 1,047 |
| SIGNATURES | 8,130 | 1170 | 376 | 140 | 78 | 60 | 44 | 0 | 2 | 0 | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | 161 |
| **BOX 2** | **10** | **9** | **8** | **7** | **6** | **5** | **4** | **3** | **2** | **1** | **TOTAL** |
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 0 |
| **BOX 3** | **10** | **9** | **8** | **7** | **6** | **5** | **4** | **3** | **2** | **1** | **TOTAL** |
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 0 |
| **BOX 4** | **10** | **9** | **8** | **7** | **6** | **5** | **4** | **3** | **2** | **1** | **TOTAL** |
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 0 |
| **BOX 5** | **10** | **9** | **8** | **7** | **6** | **5** | **4** | **3** | **2** | **1** | **TOTAL** |
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 0 |
| **BOX 6** | **10** | **9** | **8** | **7** | **6** | **5** | **4** | **3** | **2** | **1** | **TOTAL** |
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 0 |
| **BOX 7** | **10** | **9** | **8** | **7** | **6** | **5** | **4** | **3** | **2** | **1** | **TOTAL** |
| PAGES | 1,000 | | | | | | | | | | 1000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 0 |
| **BOX 8** | **10** | **9** | **8** | **7** | **6** | **5** | **4** | **3** | **2** | **1** | **TOTAL** |
| PAGES | 1 | 1110 | | | | | | | | | 1,111 |
| SIGNATURES | 10 | 9990 | | | | | | | | | 10000 |
| BLACKSTRIPES* | | | | | | | | | | | 887 |
| **BOX 9** | **10** | **9** | **8** | **7** | **6** | **5** | **4** | **3** | **2** | **1** | **TOTAL** |
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 0 |
| **BOX 10** | **10** | **9** | **8** | **7** | **6** | **5** | **4** | **3** | **2** | **1** | **TOTAL** |
| PAGES | 100 | 800 | 225 | | | | | | | | 1,125 |
| SIGNATURES | 1,000 | 7200 | 1,800 | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | 780 |
| **BOX 11** | **10** | **9** | **8** | **7** | **6** | **5** | **4** | **3** | **2** | **1** | **TOTAL** |
| PAGES | 800 | | 200 | | | | | | 200 | | 1,200 |
| SIGNATURES | 8,000 | | 1,600 | | | | | | 400 | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | 215 |
| **BOX 12** | **10** | **9** | **8** | **7** | **6** | **5** | **4** | **3** | **2** | **1** | **TOTAL** |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | |

| BOX 13 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 800 | | 250 | | | | | | | | 1,050 |
| SIGNATURES | 8,000 | | 2,000 | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | 246 |

| BOX 14 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | |

| BOX 15 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | |

| BOX 16 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | |

| BOX 17 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | | 1000 | | | | 200 | | | | | 1,200 |
| SIGNATURES | 0 | 9000 | | | | 1000 | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | 641 |

| BOX 18 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | |

| BOX 19 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | |

| BOX 20 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 900 | | | | | | | | | 1000 | 1,900 |
| SIGNATURES | 9,000 | | | | | | | | | 1,000 | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | 212 |

| BOX 21 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 200 | | 600 | | 500 | 40 | | | | | 1,340 |
| SIGNATURES | 2,000 | | 4,800 | | 3,000 | 200 | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | 790 |

| BOX 22 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | |

| BOX 23 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 600 | | 500 | | | | | | | | 1,100 |
| SIGNATURES | 6,000 | | 4,000 | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | 210 |

| BOX 24 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | |

| BOX 25 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | | 200 | | 800 | | | 600 | | 100 | | 1,700 |
| SIGNATURES | | 1,800 | | 5,600 | | | 2,400 | | 200 | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | 705 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOX 26 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | |
| BOX 27 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | |
| BOX 28 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | |
| BOX 29 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
| PAGES | 1,000 | | | | | | | | | | 1,000 |
| SIGNATURES | 10,000 | | | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | |
| BOX 30 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
| PAGES | | 800 | | 400 | | | | | | | 1,200 |
| SIGNATURES | | 7,200 | | 2,800 | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | 1059 |
| BOX 31 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
| PAGES | | 1000 | | | | 200 | | | | | 1,200 |
| SIGNATURES | | 9,000 | | | | 1,000 | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | 721 |
| BOX 32 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
| PAGES | | 1000 | 125 | | | | | | | | 1,125 |
| SIGNATURES | | 9,000 | 1,000 | | | | | | | | 10,000 |
| BLACKSTRIPES* | | | | | | | | | | | 948 |
| BOX 33 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
| PAGES | 900 | | | | | | | | 100 | 800 | 1,800 |
| SIGNATURES | 9,000 | | | | | | | | 200 | 800 | 10,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 29 |
| BOX 34 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
| PAGES | 100 | 577 | 464 | 12 | | | | | | 11 | 1,164 |
| SIGNATURES | 1,000 | 5,193 | 3,712 | 84 | | | | | | 11 | 10,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 730 |
| BOX 35 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
| PAGES | 200 | | | | 115 | 262 | | | | 1000 | 1,577 |
| SIGNATURES | 2,000 | | | | 690 | 1,310 | | | | 1,000 | 5,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 193 |
| BOX 36 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
| PAGES | 200 | | | | 500 | 500 | 500 | | 250 | | 1,950 |
| SIGNATURES | 2,000 | | | | 3,000 | 2,500 | 2,000 | | 500 | | 10,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 606 |
| BOX 37 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
| PAGES | | | | | | | | 1553 | | 341 | 1,894 |
| SIGNATURES | | | | | | | | 4,659 | | 341 | 5,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 277 |
| BOX 38 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
| PAGES | 100 | | 5 | | | | 188 | | 1600 | 8 | 1,901 |
| SIGNATURES | 1,000 | | 40 | | | | 752 | | 3,200 | 8 | 5,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 201 |
| BOX 39 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
| PAGES | 400 | | | | | | | | | 1000 | 1,400 |
| SIGNATURES | 4,000 | | | | | | | | | 1,000 | 5,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 65 |

| BOX 40 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 400 | | | | | | | | | 1000 | 1,400 |
| SIGNATURES | 4,000 | | | | | | | | | 1,000 | 5,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | |

| BOX 41 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 385 | 216 | 80 | 271 | 106 | 63 | 83 | 4 | | 374 | 1,582 |
| SIGNATURES | 3,850 | 1,944 | 640 | 1,897 | 636 | 315 | 332 | 12 | | 374 | 10,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 303 |

| BOX 42 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 500 | | | | | | | | | | 500 |
| SIGNATURES | 5,000 | | | | | | | | | | 5,000 |
| BLACKSTRIPES* | 0 | | | | | | | | | | |

| BOX 43 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | | | | | | | | 98 | 283 | 1 | 382 |
| SIGNATURES | | | | | | | | 294 | 566 | 1 | 861 |
| BLACKSTRIPES* | 0 | | | | | | | | | | 28 |

| GRAND TOTALS | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGES | 26,399 | 6,833 | 2,496 | 1,503 | 1,234 | 1,277 | 1,382 | 1,655 | 2,534 | 5,535 | 50,848 |
| SIGNATURES | 263,990 | 61,497 | 19,968 | 10,521 | 7,404 | 6,385 | 5,528 | 4,965 | 5,068 | 5,535 | 390,861 |
| BLACKSTRIPES* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,007 |

I

Protecting Michigan Taxpayers v. Warren and Mooney Complaint Exhibit I

STATE OF MICHIGAN
RUTH JOHNSON, SECRETARY OF STATE
DEPARTMENT OF STATE
LANSING

November 2, 2015

**STAFF REPORT**
**"PROTECTING MICHIGAN TAXPAYERS"**
**PETITION**

**SPONSOR:** Protecting Michigan Taxpayers, 2145 Commons Parkway, Okemos, MI 48864

**DATE OF FILING:** September 14, 2015.

**NUMBER OF VALID SIGNATURES REQUIRED:** 252,523 signatures.

**TOTAL FILING:** 50,932 sheets containing 391,410 signatures.

**SIGNATURE SAMPLE**

**NOT INCLUDED IN SAMPLE:** 594 sheets containing 3,100 signatures.

| | Sheets | Signatures |
|---|---|---|
| Torn, mutilated, or damaged sheets: | 43 | 369 |
| Defective heading: (two jurisdictions listed in heading, no county name listed in heading) | 209 | 735 |
| Defective circulator certificate: (missing signature, incomplete address, out-of-state circulator failed to check box, circulator circulated petition out of state) | 280 | 1,929 |
| Signer error: (no jurisdiction entry, dual jurisdiction entry, improper date entry, entry crossed out) | 62 | 67 |

**INCLUDED IN SAMPLE:** 50,338 sheets containing 388,310 signatures.

The two-stage sampling process was chosen because initially, it appeared that the petition contained a surplus of 135,787 signatures (53.8%) over the minimum number of valid signatures required for sufficiency (252,523). Ordinarily, a margin of this magnitude would be viewed as virtually impossible for a challenger to overcome.

<u>**NUMBER OF SAMPLED SIGNATURES**</u>: 509 signatures.

<u>**SAMPLE RESULT**</u>: 301 valid signatures; 208 invalid signatures.

| | |
|---|---|
| **Valid signatures** | |
| Registered signers; signatures verified: | 301 |
| **Invalid signatures** | |
| Signatures determined invalid due to signer's registration status: | 104 |
| Facially defective signatures: (dual jurisdiction entry, improper jurisdiction entry, date error, address error) | 27 |
| Signature errors (incomplete or missing signature, no signature match) | 10 |
| Circulator errors (missing signature, out-of-state circulator failed to check box) | 4 |
| Duplicate signatures *(see explanation below)*: | 63 |
| **Total** | 509 |

**FINAL RESULT OF SIGNATURE SAMPLE**

The results of the first stage of random sampling are as follows:

| <u>Number of valid signatures</u> | <u>Result</u> |
|---|---|
| 348 or more | Certify |
| 315-347 | Sample more signatures |
| 314 or fewer | Deny certification |

In other words, the petition was required to have at least 315 valid signatures to proceed to the second stage of sampling, and at least 348 valid signatures for a staff recommendation to certify the petition as sufficient.

<u>**ESTIMATED NUMBER OF VALID SIGNATURES CONTAINED ON PETITION**</u>: Based on the sample result of 301 valid signatures, it is estimated that the petition contains 229,629 valid signatures (22,894 fewer than the minimum number required).

<u>**STAFF RECOMMENDATION**</u>: Deny certification on the basis that the petition contains an insufficient number of valid signatures.

**CHALLENGE / RESPONSE**

A challenge was timely filed by the challenger, Protect Michigan Jobs (PMJ), on October 26, 2015. Protecting Michigan Taxpayers (Taxpayers), the petition sponsor, submitted (1) a filing on October 26, 2015 that attempted to rehabilitate six sampled signatures that staff determined

were invalid, and (2) a letter dated October 30, 2015 in which it acknowledged that the petition contained an insufficient number of valid signatures.

The "Sample Result" section above incorporates the results of PMJ's challenge and Taxpayers' request to restore the sampled signatures identified in its October 26 submission.

*Challenge by PMJ – Duplicate Signatures*: PMJ asserted that 79 sampled signatures were duplicated elsewhere in the filing and should be invalidated. Under Michigan law, when duplicate signatures are identified within a filing, the first and all subsequent signatures are invalid. *Michigan Dental Society v Secretary of State*, 294 Mich 503, 514 (1940). This rule has withstood a number of legal challenges in state and federal courts,[1] most recently in 2014 when the Michigan Court of Appeals peremptorily reversed a circuit court ruling that allowed the first signature to stand.[2] In addition, every petition sheet includes a 12-point boldface type warning statement[3] and a certificate of circulator[4] that advises signers and circulators that anyone who signs the petition more than once is committing a violation of the Michigan Election Law.

The rejection of a signer's first and subsequent signatures furthers the state's interests in deterring fraud and ensuring that petitions contain a sufficient number of valid signatures to qualify for placement on the ballot. Petition sponsors are encouraged to carefully review their submission prior to filing and strike out any signature known to be invalid. If a sponsor identifies a voter who has signed the petition twice, the sponsor may strike the second signature by drawing a line through the entire entry, thereby salvaging the signer's first signature.

*Procedure for confirming duplicates*: To confirm whether a duplicate exists, staff retrieves the sheet bearing the sampled signature and the sheet from elsewhere in the filing, determines whether each entry is valid on its face, and compares the signatures. A duplicate was found to exist where both entries are facially valid and the signatures match.

If either entry is invalid for another reason (for example, because the signer incorrectly entered his or her jurisdiction of registration, signed a sheet bearing the wrong county name, etc.), then no duplicate is found. This affords signers an opportunity to correct an erroneous entry.

---

[1] See *Recall McCollough Committee v Secretary of State (unpublished)*, Apr. 10, 1984, Court of Appeals Dkt No 76326 ("Michigan authority is that defendant acted in accordance with his legal duty in rejecting both the first and subsequent signatures of persons who signed plaintiff's petitions more than once[,]"), and *Taxpayers United for Assessment Cuts v Austin*, 994 F2d 291, 299 (CA 6, 1993) ("Plaintiffs next contend that the practice in Michigan of excluding the signatures of any person who has signed the petition twice is irrational. In this case, 5,000 persons signed twice. The Board excluded both the first signature, and the subsequent duplicative signature. Excluding these signatures, however, is rationally related to Michigan's interest in protecting against fraud in its initiative system.")

[2] *In re: City of Benton Harbor Mayoral Recall (unpublished)*, Sept. 4, 2014, Court of Appeals Dkt. No. 323326 (available here), *lv den* 497 Mich 862 (2014).

[3] The warning statement is placed immediately above the signature lines on a petition form and reads, "WARNING–A PERSON WHO KNOWINGLY SIGNS THIS PETITION MORE THAN ONCE … IS VIOLATING THE PROVISIONS OF THE MICHIGAN ELECTION LAW." MCL 168.482(5).

[4] The certificate of circulator includes the circulator's certification that "he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once[.]" MCL 168.544c(1), made applicable to initiative petitions by MCL 168.482(6).

*Result of PMJ's challenge for duplicates*: Staff carefully reviewed each of the 79 sampled signatures identified by PMJ as duplicated outside of the sample and the results are incorporated in the "Sample Result" section above. In particular, staff found that 63 sampled signatures were confirmed duplicates of entries elsewhere in the filing (where both entries are facially valid and the signatures match); 12 sampled signatures had already been discounted by staff for other reasons; and 4 alleged duplicates were rejected (where the duplicate signature was facially invalid or signatures did not match).

*Challenge by PMJ – Circulator Misconduct*: PMJ challenged an additional 40 sampled signatures on the basis of alleged circulator misconduct, arguing that if a circulator signed the petition (as a signer) more than once and circulated a sheet within the sample, the sampled signature should be discounted due to the circulator affixing his or her signature to the petitions multiple times as a signer. For example, PMJ asserted that the sampled signature on sheet 1197, line 6, belonging to Marketa Thompson, a registered voter, should be invalidated because the circulator of sheet 1197, Sharron Cotton, signed the petition as a signer on multiple occasions.

Staff recommends that this aspect of the challenge be rejected.

*Challenge by PMJ – Invalid Signatures*: PMJ identified 7 sampled signatures that it claimed were invalid for various reasons, including the signer's registration status. The results are incorporated in the "Sample Result" section above.

*Filing #1 by Taxpayers – Rehabilitation of Signatures*: In its October 26 submission, Taxpayers identified 6 sampled signatures that it alleged were incorrectly determined by staff to be invalid. Staff carefully examined these six signatures and restored the validity of one signature, but rejected the remaining 5 for various reasons including the signer's registration status, signers who incorrectly entered the date of signing, and signatures that did not match the signature on file in the Qualified Voter File (QVF). These results are incorporated in the "Sample Results" section above.

*Filing #2 by Taxpayers – Acknowledgement of Insufficiency*: On October 30, 2015, Taxpayers submitted a letter to the Board acknowledging that its petition contained "an inordinate number of duplicate signatures that were not properly removed during the original validation process that occurred prior to the submission of petitions to the Bureau[,]" and following an internal review, "has decided that it … will not oppose any Bureau recommendation for the Board to reject the petition due to a lack of adequate valid signatures."

J

**Statement made at BSC 11/5/2015 by Chris Thomas, Secretary to the Board.**

The result of finding an insufficient number of valid petition entries is disturbing. The proportion of valid signatures in the Prevailing Wage Petition is 59.1%. There is no other petition since random sampling began in 1978 that has a proportion valid in 50 percentiles or, with one exception, even the 60 percentiles. This petition is clearly an outlier.

Petition circulators have clear statutory duties, two of which are: that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once and the person signing the petition was at the time of signing a registered elector. The Petition Gathering Company clearly failed to put circulators in the field who complied with these instructions. Consider their performance: 20% of the sampled entries were made by persons not registered to vote; at least 15% of the sampled entries were duplicates. The crowning blow is that 40 of the sampled entries were gathered by circulators who signed the petition more than once.

The questions going forward focus on whether this petition will remain an outlier or will become the way business is done. The combination of paid circulators and the new law detaching circulators from verification as registered voters or even being residents of Michigan may have created the motivation for circulators to cut corners. This remains to be seen.

I am not critical of the law's treatment of out of state circulators and the removal of the registration requirement. These changes were essentially imposed on Michigan by a federal court.

Clearly a close look at this petition is necessary to determine whether additional safeguards are necessary to protect the integrity of the initiative process.

K

Protecting Michigan Taxpayers v. Warren and Mooney Complaint Exhibit K

STATE OF MICHIGAN
RUTH JOHNSON, SECRETARY OF STATE
DEPARTMENT OF STATE
LANSING

March 2015

**Analysis of Validity Rates for Initiative and Referendum Petitions 1978 – 2014**

| | Total Filed | Number Checked | Number Valid | Proportion Valid | Minimum Proportion Required | Observed Confidence Level |
|---|---|---|---|---|---|---|
| **1978 Legislative Initiative (212,562 Required)** | | | | | | |
| Parole Standards | 238,394 | 448 | 411 | 91.7 | 89.2 | 98.4 |
| **1978 Constitutional Amendments (265,702 Required)** | | | | | | |
| School Vouchers | 300,598 | 498 | 454 | 91.2 | 88.4 | 97.7 |
| Tax Reform (Tisch I) | 319,000 | 499 | 437 | 87.6 | 83.3 | 99.6 |
| Trooper Collective Bargaining | 299,901 | 498 | 444 | 89.2 | 88.6 | 66.3 |
| Tax Reform (Headlee I) | 463,744 | 494 | 419 | 84.8 | 57.3 | 100.0 |
| Drinking Age | 324,326 | 450 | 405 | 90.0 | 81.9 | 100.0 |
| **1980 Constitutional Amendments (286,722 Required)** | | | | | | |
| Tax Reform (Tisch II) | 424,411 | 500 | 446 | 89.2 | 67.6 | 100.0 |
| Tax Reform (Smith-Bullard) | 374,908 | 495 | 395 | 79.8 | 76.5 | 99.5 |
| **1982 Legislative Initiatives (229,377 Required)** | | | | | | |
| Foreclosure | 324,477 | 498 | 361 | 72.5 | 70.7 | 82.4 |
| Utility Rates | 323,633 | 497 | 421 | 84.7 | 70.9 | 100.0 |
| Nuclear Freeze | 377,409 | 498 | 427 | 85.7 | 60.8 | 100.0 |
| **1982 Constitutional Amendments (286,722 Required)** | | | | | | |
| Elected Public Service Commission | 437,000 | 498 | 366 | 73.5 | 65.6 | 100.0 |
| Capital Punishment | 309,623 | 499 | 441 | 88.4 | 92.6 | 00.1 |
| Create Department of State Police | 425,000 | 500 | 370 | 74.0 | 67.5 | 100.0 |
| **1984 Constitutional Amendments (304,001 Required)** | | | | | | |
| Tax Reform (DeMar) | 351,887 | 1,781 | 1,611 | 90.5 | 86.4 | |

BUREAU OF ELECTIONS
RICHARD H. AUSTIN BUILDING • 1ST FLOOR • 430 W. ALLEGAN • LANSING, MICHIGAN 48918
www.Michigan.gov/elections • (517) 373-2540

| | Total Filed | Number Checked | Number Valid | Proportion Valid | Minimum Proportion Required | Observed Confidence Level |
|---|---|---|---|---|---|---|
| **1986 Constitutional Amendments (304,001 Required)** | | | | | | |
| Capital Punishment (Petition signatures struck by courts; sample cancelled) | 350,220 | | | | | |
| Utility Regulation (Petition signatures struck by courts; sample cancelled) | 378,363 | | | | | |
| **1987 Legislative Initiative (191,726 Required)** | | | | | | |
| Medicaid Abortion Ban (Adopted by Legislature) | 461,351 | 498 | 431 | 86.5 | 41.6 | 100.0 |
| **1988 Referendum (119,829 Required)** | | | | | | |
| Medicaid Abortion Ban (PA 59 of 1987) | 229,794 | 489 | 416 | 85.0 | 52.1 | 100.0 |
| **1990 Legislative Initiatives (191,726 Required)** | | | | | | |
| Parental Consent for Abortion (Adopted by Legislature) | 334,169 | 522 | 468 | 89.7 | 57.4 | 100.0 |
| Tax Reform (Headlee II) | 224,048 | 1,599 | 1,347 | 84.2 | 85.6 | 00.0 |
| **1992 Constitutional Amendments (256,457 Required)** | | | | | | |
| Term Limits | 398,743 | 511 | 389 | 76.1 | 64.3 | 100.0 |
| Tax Reform (Cut/Cap) | 410,110 | 512 | 426 | 83.2 | 62.5 | 100.0 |
| **1992 Legislative Initiative (205,166 Required)** | | | | | | |
| Auto Insurance Rates | 630,946 | 493 | 407 | 82.6 | 32.5 | 100.0 |
| Tax Break | 279,868 | 4,760 | 3,848 | 80.8 | 73.3 | 100.0 |
| **1994 Referendum (128,229 Required)** | | | | | | |
| Insurance Reform (PA 143 of 1993) | 252,394 | 500 | 397 | 79.4 | 50.8 | 100.0 |
| **1996 Legislative Initiatives (247,127 Required)** | | | | | | |
| Bear Hunting | 342,086 | 3,757 | 2,841 | 75.6 | 72.2 | 92.9 |
| Casinos | 430,280 | 500 | 379 | 75.8 | 57.4 | 100.0 |
| **1996 Referendum (154,454 Required)** | | | | | | |
| Bingo Act (PA 118 of 1994) | 240,866 | 500 | 354 | 70.8 | 64.1 | 100.0 |
| **1998 Legislative Initiatives (247,127 Required)** | | | | | | |
| Physician Assisted Suicide | 378,873 | 3,698 | 2,649 | 71.6 | 65.2 | 100.0 |
| Anti-Casino | 276,433 | 1,649 | 1,455 | 88.2 | 89.4 | 00.0 |
| **2000 Constitutional Amendments (302,711 Required)** | | | | | | |
| School Vouchers | 459,633 | 519 | 447 | 86.1 | 65.9 | 100.0 |
| Local Control | 466,278 | 530 | 453 | 85.5 | 64.9 | 100.0 |

| | Total Filed | Number Checked | Number Valid | Proportion Valid | Minimum Proportion Required | Observed Confidence Level |
|---|---|---|---|---|---|---|
| **2002 Constitutional Amendments (302,711 Required)** | | | | | | |
| Tobacco Settlement Revenue | 475,896 | 550 | 466 | 84.7 | 63.6 | 100.0 |
| New Drug Policies (Petition form struck by courts) | 453,174 | 546 | 435 | 79.7 | 66.8 | 100.0 |
| Michigan Employee Rights | 386,139 | 548 | 456 | 83.2 | 78.4 | 99.0 |
| **2002 Referendum (151,356 Required)** | | | | | | |
| Straight Ticket Voting (PA 269 of 2001) | 255,553 | 550 | 424 | 77.1 | 59.2 | 100.0 |
| **2004 Constitutional Amendments (317,757 Required)** | | | | | | |
| Voter Approval of Gambling | 506,451 | 580 | 509 | 87.8 | 62.7 | 100.0 |
| Marriage Definition | 500,000 | 580 | 539 | 92.9 | 63.6 | 100.0 |
| **2004 Legislative Initiative (254,206 Required)** | | | | | | |
| Oppose Partial-birth-abortions (Adopted by Legislature) | 459,966 | 550 | 535 | 97.3 | 55.3 | 100.0 |
| **2006 Constitutional Amendments (317,757 Required)** | | | | | | |
| Affirmative Action Ban | 508,159 | 500 | 450 | 90.0 | 62.5 | 100.0 |
| Stop Overspending | 503,360 | 3,872 | 2,360 | 61.0 | 63.1 | 00.0 |
| **2006 Legislative Initiatives (254,206 Required)** | | | | | | |
| Mandatory School Funding | 292,995 | 1,979 | 1,895 | 95.8 | 86.8 | 100.0 |
| Eliminate SBT (Adopted by Legislature) | 372,755 | 500 | 393 | 78.6 | 68.2 | 100.0 |
| **2006 Referendum (158,879 Required)** | | | | | | |
| Dove Hunting (PA 160 of 2004) | 274,598 | 500 | 445 | 89.0 | 57.9 | 100.0 |
| **2008 Legislative Initiative (304,101 Required)** | | | | | | |
| Medical Marijuana | 474,752 | 500 | 401 | 80.2 | 64.1 | 100.0 |
| **2008 Constitutional Amendments (380,126 Required)** | | | | | | |
| Stem Cell Research | 570,793 | 500 | 437 | 87.4 | 66.6 | 100.0 |
| Government Reform (Proposal struck by courts) | 492,839 | 2,998 | 2,536 | 84.6 | 77.1 | 100.0 |

| | Total Filed | Number Checked | Number Valid | Proportion Valid | Minimum Proportion Required | Observed Confidence Level |
|---|---|---|---|---|---|---|
| **2012 Constitutional Amendments (322,609 Required)** | | | | | | |
| Protect Our Jobs | 554,375 | 544 | 489 | 89.9 | 58.2 | 100.0 |
| Michigan Energy, Michigan Jobs | 528,448 | 620 | 494 | 79.7 | 61.0 | 100.0 |
| Michigan Alliance For Prosperity | 629,860 | 532 | 441 | 82.9 | 51.2 | 100.0 |
| Citizens For Affordable Quality Home Care | 563,854 | 717 | 572 | 79.8 | 57.2 | 100.0 |
| Citizens for More Michigan Jobs (Proposal Struck by Courts) | 509,777 | 679 | 539 | 79.4 | 63.3 | 100.0 |
| The People Should Decide | 596,533 | 519 | 416 | 80.1 | 54.1 | 100.0 |
| **2012 Referendum (161,305 Required)** | | | | | | |
| Stand Up For Democracy | 226,339 | 3,451 | 3,105 | 90.0 | 71.3 | 100.0 |
| **2014 Referendum (161,305 Required)** | | | | | | |
| Keep MI Wolves Protected (2012 PA 520) | 256,916 | 500 | 408 | 81.6 | 75.2 | 100.0 |
| Keep MI Wolves Protected (2013 PA 21) | 224,557 | 500 | 418 | 83.6 | 66.6 | 100.0 |
| **2014 Legislative Initiative (258,088 Required)** | | | | | | |
| No Taxes for Abortion Insurance (Adopted by Legislature) | 315,477 | 500 | 474 | 94.8 | 88.4 | 100.0 |
| Citizens for Professional Wildlife Management (Adopted by Legislature) | 374,745 | 555 | 441 | 79.5 | 76.8 | 100.0 |
| Raise MI | 318,425 | 2,731 | 2,180 | 79.8 | 81.1 | 00.0 |

Protecting Michigan Taxpayers v. Warren and Mooney Complaint Exhibit L

NEVADA SECRETARY OF STATE

BARBARA K. CEGAVSKE



## Nevada Business Search

* includes Trademarks, Trade Names, Service Marks, Reserved Names & Business Licenses

Search by: Entity Name ▼ silver bullet

Sort by: Relevance ▼ ◉ descending ○ ascending order

☐ include phonetic matches ?

Search Tips

Search

Search Results 1 - 25 of 25 search results

| Entity Name | NV Business ID | Status | Type |
|---|---|---|---|
| SILVER BULLET | | Expired | Trade Mark |
| SILVER BULLET | | Expired | Trade Mark |
| THE SILVER BULLET CORPORATION | NV19991430566 | Active | Domestic Corporation |
| SILVER BULLET ENTERPRISES, INC. | NV20101410756 | Revoked | Domestic Corporation |
| SILVER BULLET EXPRESS NEWSLETTER SERVICE, INC. | NV20081493692 | Revoked | Domestic Corporation |
| SILVER BULLET EXPRESS TRANSPORT LLC | NV20151344841 | Active | Domestic Limited-Liability Company |
| SILVER BULLET GROUP I, LLC | NV20151734956 | Active | Domestic Limited-Liability Company |
| SILVER BULLET GUN WORKS LLC | NV20151460049 | Active | Domestic Limited-Liability Company |
| SILVER BULLET HEALTH & NUTRITIONALS, INC. | NV20031284606 | Active | Domestic Corporation |
| SILVER BULLET KRUMPOS LIMITED PARTNERSHIP | NV20011157844 | Revoked | Domestic Limited Partnership |
| SILVER BULLET MANAGEMENT | NV20031534463 | Permanently Revoked | Domestic Corporation |
| SILVER BULLET MANUFACTURING LLC | NV20021167221 | Permanently Revoked | Domestic Limited-Liability Company |
| SILVER BULLET OF NEVADA LAND COMPANY, LLC | NV20061769565 | Dissolved | Domestic Limited-Liability Company |
| SILVER BULLET OF NEVADA, LLC | NV20061769564 | Active | Domestic Limited-Liability Company |
| SILVER BULLET PAVING | NV20011413459 | Active | Domestic Corporation |
| SILVER BULLET RECORDS INC. | NV20021255803 | Permanently Revoked | Domestic Corporation |
| SILVER BULLET RESTORATIONS, LLC | NV20121559454 | Active | Domestic Limited-Liability Company |
| SILVER BULLET SERVICES | NV20011458152 | Active | Domestic Corporation |
| SILVER BULLET SYSTEMS, LLC | NV20081019207 | Dissolved | Domestic Limited-Liability Company |
| SILVER BULLET TRANSPORT, LLC | NV20101089106 | Revoked | Domestic Limited-Liability Company |
| SILVER BULLET TRANSPORTATION, INC. | NV20041664625 | Permanently Revoked | Domestic Corporation |
| SILVER BULLET WEST, INC. | NV20021358451 | Dissolved | Domestic Corporation |
| SILVER BULLETS YOUTH SOCCER CLUB | NV20061327773 | Permanently Revoked | Domestic Non-Profit Corporation |
| SILVER BULLET COMMUNICATIONS, LLC | NV20051019114 | Dissolved | Domestic Limited-Liability Company |
| SILVER BULLET GROUP, INC. | NV20081059209 | Default | Domestic Corporation |

1

M

# SILVERBULLET GROUP, INC.

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Default | File Date: | 6/26/2008 |
| Type: | Domestic Corporation | Entity Number: | E0422752008-1 |
| Qualifying State: | NV | List of Officers Due: | 6/30/2015 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20081059209 | Business License Exp: | 6/30/2015 |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | NEVADA CORPORATE HEADQUARTERS, INC | Address 1: | 4730 S. FORT APACHE RD SUITE 300 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89147-7947 |
| Phone: | | Fax: | |
| Mailing Address 1: | P O BOX 27740 | Mailing Address 2: | |
| Mailing City: | LAS VEGAS | Mailing State: | NV |
| Mailing Zip Code: | 89126 | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 75,000.00 | Capital Amount: | $ 0 |
| No stock records found for this company | | | |

## Officers

Include Inactive Officers

Director - TIM MOONEY

| | | | |
|---|---|---|---|
| Address 1: | PO BOX 27740 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89126 | Country: | |
| Status: | Active | Email: | |

Secretary - TIM MOONEY

| | | | |
|---|---|---|---|
| Address 1: | PO BOX 27740 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89126 | Country: | |
| Status: | Active | Email: | |

Treasurer - CHARLES WARREN

| | | | |
|---|---|---|---|
| Address 1: | PO BOX 27740 | Address 2: | |
| City: | LAS VEGAS | State: | NV |

| | | | |
|---|---|---|---|
| Zip Code: | 89126 | Country: | |
| Status: | Active | Email: | |
| President - CHARLES WARREN | | | |
| Address 1: | PO BOX 27740 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89126 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Incorporation | | |
| Document Number: | 20080437298-13 | # of Pages: | 5 |
| File Date: | 6/26/2008 | Effective Date: | |
| Initial Stock Value: No Par Value Shares: 75,000 ---- Total Authorized Capital: $ 0.00 | | | |
| Action Type: | Initial List | | |
| Document Number: | 20080520301-41 | # of Pages: | 1 |
| File Date: | 7/31/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Amendment | | |
| Document Number: | 20080627075-57 | # of Pages: | 1 |
| File Date: | 9/19/2008 | Effective Date: | 9/16/2008 |
| (No notes for this action) | | | |
| Action Type: | Amended List | | |
| Document Number: | 20080627076-68 | # of Pages: | 1 |
| File Date: | 9/19/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090531776-20 | # of Pages: | 1 |
| File Date: | 6/30/2009 | Effective Date: | |
| 1FSC VIA EMAIL 7/10/09 FAB | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | 20100044149-35 | # of Pages: | 1 |
| File Date: | 1/12/2010 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Amended List | | |
| Document Number: | 20100014428-82 | # of Pages: | 1 |
| File Date: | 1/12/2010 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |

| | | | |
|---|---|---|---|
| Document Number: | 20100498692-21 | # of Pages: | 1 |
| File Date: | 6/30/2010 | Effective Date: | |
| 10-2011 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20110471490-49 | # of Pages: | 1 |
| File Date: | 6/24/2011 | Effective Date: | |
| 6/11 - 6/12 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20120373636-43 | # of Pages: | 1 |
| File Date: | 5/24/2012 | Effective Date: | |
| 2012-2013 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20130320744-66 | # of Pages: | 1 |
| File Date: | 5/10/2013 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20140360559-75 | # of Pages: | 1 |
| File Date: | 5/16/2014 | Effective Date: | |
| 14-15 | | | |