Protecting Michigan Taxpayers v. Warren and Mooney Complaint Exhibit N

# SILVERBULLET COMMUNICATIONS, LLC

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Dissolved | File Date: | 1/6/2005 |
| Type: | Domestic Limited-Liability Company | Entity Number: | LLC308-2005 |
| Qualifying State: | NV | List of Officers Due: | 1/31/2016 |
| Managed By: | Managing Members | Expiration Date: | 1/6/2505 |
| NV Business ID: | NV20051019114 | Business License Exp: | 1/31/2016 |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | NEVADA CORPORATE HEADQUARTERS, INC | Address 1: | 4730 S. FORT APACHE RD SUITE 300 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89147-7947 |
| Phone: | | Fax: | |
| Mailing Address 1: | P O BOX 27740 | Mailing Address 2: | |
| Mailing City: | LAS VEGAS | Mailing State: | NV |
| Mailing Zip Code: | 89126 | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

## Officers

Include Inactive Officers

Managing Member - CHARLES WARREN

| | | | |
|---|---|---|---|
| Address 1: | PO BOX 27740 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89126 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | LLC308-2005-001 | # of Pages: | 2 |
| File Date: | 1/6/2005 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Initial List | | |
| Document Number: | LLC308-2005-002 | # of Pages: | 1 |
| File Date: | 1/20/2005 | Effective Date: | |
| List of Officers for 2005 to 2006 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20060068255-34 | # of Pages: | 1 |
| File Date: | 1/31/2006 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20070077986-86 | # of Pages: | 1 |
| File Date: | 1/31/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20070750858-12 | # of Pages: | 1 |
| File Date: | 11/2/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | 20080624693-70 | # of Pages: | 1 |
| File Date: | 9/19/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090101485-90 | # of Pages: | 1 |
| File Date: | 1/30/2009 | Effective Date: | |
| 09/10 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20100084661-88 | # of Pages: | 1 |
| File Date: | 1/29/2010 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20110084662-10 | # of Pages: | 1 |
| File Date: | 1/31/2011 | Effective Date: | |
| 11-12 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20120058441-17 | # of Pages: | 1 |
| File Date: | 1/26/2012 | Effective Date: | |
| 12-13 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20120818860-06 | # of Pages: | 1 |
| File Date: | 12/4/2012 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | 20130840913-31 | # of Pages: | 1 |
| File Date: | 12/18/2013 | Effective Date: | |
| 2014/2015 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20140782454-57 | # of Pages: | 1 |
| File Date: | 11/26/2014 | Effective Date: | |
| 14-15 | | | |
| Action Type: | Dissolution | | |
| Document Number: | 20150520683-02 | # of Pages: | 1 |
| File Date: | 11/30/2015 | Effective Date: | |
| (No notes for this action) | | | |

Protecting Michigan Taxpayers v. Warren and Mooney Complaint Exhibit O

# SILVER BULLET GROUP I, LLC

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 12/15/2015 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0580512015-3 |
| Qualifying State: | NV | List of Officers Due: | 1/31/2016 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20151734666 | Business License Exp: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | NEVADA CORPORATE HEADQUARTERS, INC | Address 1: | 4730 S. FORT APACHE RD SUITE 300 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89147-7947 |
| Phone: | | Fax: | |
| Mailing Address 1: | P O BOX 27740 | Mailing Address 2: | |
| Mailing City: | LAS VEGAS | Mailing State: | NV |
| Mailing Zip Code: | 89126 | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

## Officers

Include Inactive Officers

No active officers found for this company

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | 20150545546-67 | # of Pages: | 4 |
| File Date: | 12/15/2015 | Effective Date: | |

(No notes for this action)



Protecting Michigan Taxpayers v. Warren and Mooney Complaint Exhibit P

*Flagstar Bank*

Date: 07/01/2015

*Phone:*
*Fax:*
*Website:* WWW.FLAGSTAR.COM

## Outgoing Wire Transfer Request

**Wire Transfer Message Reference** 20151820202900

**WIRE TO:**

| | |
|---|---|
| Bank ABA No.(ID/Type): | 124001545 |
| Bank Name: | JPMORGAN CHASE BANK, NA |
| Amount: | $ 50,000.00 |
| Special Instructions (BBI): | |

**CREDIT TO:**

| | |
|---|---|
| Name: | SILVER BULLET GROUP, LLC |
| Address: | 4730 SOUTH FORT APACHE ROAD, SUITE 300<br>LAS VEGAS, NV 89147-7947 |
| Account Number: | 723093550 |
| Special Instructions (OBI): | |
| Beneficiary Bank ABA No: | |
| Beneficiary Bank Name: | |

**CHARGE TO:**

| | |
|---|---|
| Name: | PROTECTING MICHIGAN TAXPAYERS |
| Address: | 2870 DOBIE RD<br>MASON MI 48854 |
| Account Number: | 114965447 |
| Special Instructions (Notes): | |

I hereby authorize Flagstar Bank to charge my account for a wire transfer as stated above. By signing below, I also acknowledge receipt of the wire transfer disclosure.

________________________ Customer Telephone No.: ____________

CUSTOMER SIGNATURE

I certify that funds are available in the Customer's account and submit this transfer request. I also certify the customer's identification was verified.

Authorized by: ________________________ Date: 07/01/2015 Time: 10:18 AM, PDT

Branch Representative

# Silver Bullet LLC

**Bill To:**
Protecting Michigan Taxpayers

**DATE:** June 23, 2015
**INVOICE #** 6232015
**FOR:** *Michigan Taxpayer Project*

**Bill From:**
Silver Bullet, Inc.
Nevada Office: (702) 496-7167
Utah Office: (801) 685-2767

| DESCRIPTION | AMOUNT |
|---|---|
| Additional deposit to be applied to final Michigan signature gath | $50,000.00 |
| TOTAL | $50,000.00 |

*Receipts available upon request

For reporting purposes, please use our Las Vegas, Nevada address.
Any questions, please contact Katrina Nickle
Email: katrinanickle1@gmail.com
Office Phone: 801.685.2767

Please wire payment:
Wiring Instructions:
Chase Bank
Silver Bullet Group, Inc.
Wire Routing Number: 124001545
Account Number: 723093550

**THANK YOU!**



Protecting Michigan Taxpayers v. Warren and Mooney Complaint Exhibit Q

Site Navigation

SILVER BULLET

# ABOUT US

We could tell you about each of our 20+ years of experience working in nearly every state, but to tell you the truth, we want to know about you. We want to hear your story and hear what goals and aspirations you have for your business or campaign. We'd love to meet you over lunch, get to know you, and find out if our expertise can help you acheive your goals. Reach out to any of the Managing Partners, and let us get to know you over lunch.

# MANAGING PARTNERS

## CHUCK WARREN



Chuck Warren is a managing director in Silver Bullet, LLC (www.silverbulletllc.com), public affairs, crisis communication and initiative qualification company. Mr. Warren has worked for major law firms, municipalities, developers, organizations and companies as diverse as Amazon.com; Overstock.com; Blue Cross Blue Shield; Arches Health Plan, Inc.; Delta Airlines; Comcast; Gold Cross Ambulance; Eureka Casino Resort; Casablanca Resort Casino; Republican Governors Association; Republican National Committee; Alliance for School Choice; Joe Foss Institute; Lewis, Young, Robertson & Burningham, Inc; and Cancer Treatment Centers of America (CTCA).

Mr. Warren is a prolific fundraiser. He currently serves as Finance Co-Chair for Republican Mia Love in Utah's

4th Congressional District (http://atr.rollcall.com/nrcc-annouces-top-targets-for-2014/) and National Republican Congressional Committee Finance Chair for Utah and Arizona. He served on the Utah and National Finance Committee for Romney for President in 2012. He served as the Utah Finance Chair and on the National Finance Committee for Republican presidential candidate Rudy Giuliani in 2008; Utah Finance Committee, John McCain for President in 2008; and on finance committees for Lamar Alexander and George W. Bush. He has raised money for numerous current and former members of Congress, including Sen. Mike Lee (R-UT), Straight Talk Express PAC, Rep. Jeff Flake (R-AZ), Rep. Jason Chaffetz (R-UT), former Gov. Jon Huntsman (R-UT), Sen. Orrin Hatch (R-UT), and former Sen. George Allen's senate campaign as well as numerous issue advocacy groups. In addition, Mr. Warren was selected in "Campaigns and Elections" Influencers 500 in 2013.

Mr. Warren served as grass roots and voter contact consultant for Sen. Lindsey Graham (R-SC) and Rep. Bill Shuster's (R-PA) re-elections. He was a general consultant for Sen. Orrin Hatch's 2012 re-election campaign, Sen. Mike Lee's 2010 campaign and consultant for the National Republican Senatorial Committee (NRSC), Republican National Committee (RNC) and FreedomWorks. He served as a senior strategist for First Class Education and currently serves as senior strategist and founder of Save Our Secret Ballot (www.sosballot.com) and Pass the Balanced Budget Amendment (www.passthebba.com) and senior strategist for the Civics Education Initiative. He is also Regional Senior Advisor for Faith and Freedom Coalition and numerous 501(c)(4) and third party public education campaigns. In 2004, Mr. Warren helped organize the final week GOTV effort for Bush-Cheney '04 in Hillsborough County Florida (Tampa) with election-day results 7 percent better than in the 2000 election. On election night 2004, Michael Barone, editor of the Almanac of American Politics said on NBC, "George Bush lost Hillsborough County Florida in 2000 by 3% and he's winning it tonight by 4%. That's the difference in Florida and that's the difference in the election nationally."

Mr. Warren is an equity owner in September Inc., (www.septemberinc.co); managing director, Campaign Butler, LLC (www.campaignbutler.org); and managing director, Monolith Registries, LLC, the approved registry for the Top Level Domains .VOTE and .VOTO (ww.vote.afilias.info). In addition, he is a partner in Running With the Bulls, LLC (www.runwiththebullsusa.com) and franchise owner in Slices Pizza (www.slicespizzajoint.com).

Mr. Warren currently serves or served in various capacities with the following non-profit organizations: Special Olympics Utah, Board of Directors, (2014); Boys and Girls Clubs of South Valley (Utah), Board of Directors (2004 – 2013); Operation Kids, National Advisory Board (2007-2010); Best Buddies, Finance Chair 2008 Gala; Katie L. Dixon Endowed Fund Advisory Board; ICANN, Business Constituency Committee (2007-present); and Utah Autism Coalition, Board of Advisors (2010 – present). He formerly served as a radio host for "Inside America"; as a board member for Parents for Choice in Education; and as the Wasatch Front Bonnet Ball President. He currently serves on Polar Plunge Revenue Committee for Utah Special Olympics.

Mr. Warren has appeared on numerous radio programs such as NPR and his columns and comments have been published in www.biggovernment.com, www.breitbart.com, Daily Caller, Wall Street Journal, Arizona Capitol Times, Washington Post, Politico, www.realreaganconservative.com, The Tampa Tribune, Cal News, Deseret News, and Washington Times. You can find some of these op-eds on www.chuckwarren.co.

## TIMOTHY F. MOONEY



Timothy F. Mooney Is a founding partner with Silver Bullet, one of America's most successful grassroots political firms. Its work on behalf of candidates, causes and clients has included national efforts and state-based activity in all 50 states. Mr. Mooney experience includes working with some of America's most powerful trade associations, largest corporations, and most recognizable elected officials. His experience stretches 14 election cycles and has included work in 40 states. Mr. Mooney has extensive and recognized talents in lobbying strategies, issues management, campaign management, creative use of paid and earned media, ballot access, and grassroots organization and activism. Mr. Mooney has worked in some capacity in well over 250 candidate and ballot campaigns throughout the United States, with an impressive 75%+ win record for candidates and independent expenditures for candidates. Mr. Mooney has a 25 wins to 4 losses record in statewide & local ballot measure campaigns, including such issues as right-to-work, secret ballots, taxation, tort reform, term limits, tobacco, definition of marriage and other issues.

His lobbying efforts include a 100% track record of killing bills opposed by clients. Silver Bullet and its partners have qualified ballot measures, referendums, recalls, political parties and candidates for the ballot in over two-dozen states. Among its noted signature gathering successes was collecting 2.8 million signatures in just 49 days to qualify four referendums in California and the gathering of 114,000 signatures in just two weeks to recall Miami-Dade's mayor, the first successful recall of a major metropolis mayor in the United States in generations, defeating the incumbent by 89% to 11%, the greatest winning percentage of any recall in US history. Mr. Mooney is the founder of Save Our Secret Ballot, the national organization widely credited with ending Union and Congressional attempts to pass "Card Check" with the overwhelming passage of constitutional guarantees for secret ballot rights in four states.

He is the founder of PassTheBBA.com, the nation's leading effort to ratify a balanced budget amendment. He is the founder of First Class Education which successfully passed in four

states what George Will dubbed "The 65% Solution." The efforts garnered national press including the Wall Street Journal, front page of USA Today, the New York Times and dozens of other publications, and became an important issue in the elections of Governors Crist (FL), Pawlenty (MN), Perdue (GA), Perry (TX) and many others. Noted activity in 2010 included winning constitutional amendments in four states, beating an incumbent US Senator, recalling the mayor of Miami-Dade, and client activity in a dozen states. Activity in 2008 included gathering over 5,000,000 signatures to qualify ballot measures and candidates in six states. In addition to First Class Education, activity in 2006 included working with Utah's Parents for Choice in Education, which successfully impacted enough legislative races to permit Utah to become the first state to pass a statewide school choice program.

His 2004 activity includes defeating at the ballot (83%-17%) of a taxpayer subsidy for the developer of a Wal-Mart, electing three members to the Scottsdale City Council, passing only the third constitutional amendment in 50 years in Utah and running grassroots efforts through Choices for America in AZ, IA, MN, MO, NH, NM, NV, OH, OR, PA, WA, WI, and WV. For the last week of the election Mr. Mooney helped organize the GOTV effort for Bush-Cheney '04 in Hillsborough County Florida (Tampa) with election-day results 7% better than in the 2000 election. On election night 2004, Michael Barone, editor of the Almanac of American Politics said on NBC, "George Bush lost Hillsborough County Florida in 2000 by 3% and he's winning it tonight by 4%. That's the difference in Florida and that's the difference in the election nationally." Among Mr. Mooney's noted political wins is the Oklahoma Right-To-Work ballot campaign. Mr. Mooney wrote and implemented a grassroots strategy involving a Washington DC based coalition of advocacy organizations with Oklahoma memberships. It was the first time these advocacy organizations had ever participated together in a coordinated communication, identification and GOTV effort for a state ballot proposition. It was the first ballot win for Right-to-Work in more than 25 years.

Mr. Mooney also wrote and worked to implement the legislative strategy used to pass President Bush's faith-based community initiative through the House of Representatives. Mr. Mooney has acted as the political strategist for Women Impacting Public Policy, America's largest organization representing women in business. From February 1999 to January 2001, Mr. Mooney was the Senior Vice President / Political Director and first employee of the innovative political website Voter.com. In this capacity Mr. Mooney negotiated exclusive contracts with both the Republican National Committee and the Democratic National Committee. It was the first and only time both national political parties have signed a joint contract. Additionally Mr. Mooney negotiated exclusive contracts with Americans for Tax Reform, American Conservative Union, US Chamber of Commerce, BIPAC, Christian Coalition, AFL-CIO, Sierra Club, Democratic Leadership Conference, People for the American Way, and EMILY's List.

Mr. Mooney managed an earned media campaign to make Voter.com the most visible political website during the 2000 campaign. On Election Day 2000, Voter.com received more hits in

one day than any website in previous world history, besting the record of the Victoria's Secret Fashion Show. From 1994 to 1998, Mr. Mooney was a Political Director of the National Federation of Independent Business, the nation's largest small-business association. During his tenure 6 NFIB members became US Senators, 22 NFIB members became US Congressmen and 3 NFIB members became governors. From 1990-1994, Mr. Mooney was NFIB's State Director in Arizona, and most prominent media spokesperson for the business community in Arizona. Mr. Mooney has appeared on CNN, MSNBC, Fox News, NPR and numerous other television and radio programs as well as print publications including The Wall Street Journal, New York Times, Washington Post, Dallas Morning News, Los Angeles Times. Mr. Mooney was educated at Pepperdine University and Harvard College. He resides in Cave Creek, Arizona.

## IMPORTANT LINKS

About Us

Our Work

Code Of Conduct

Blog

Contact Us

## RECENT ARTICLES

### Nevada Senate Race is Close

The race to replace Senator Harry Reid is tight between likely Republican and Democrat party nominees. The early poll (see the full results here), show Republicans with a slight edge, but nearly...

### How Hillary matches up with Republican candidates in Nevada

A recent poll, by dotVOTE (www.polls.vote) of 857 likely voters in Nevada, shows that Hillary has some work to do in the Silver State. Nevada, an early presidential primary state,...

### Majority of California's Latino voters highly value school testing

Latino voters consider California's standardized tests an important measure of student growth and school performance, according to a new poll that shows the

state's largest minority group also feels strongly...

# CONNECT WITH US

4730 South Fort Apache Road, Suite 300
Las Vegas, NV 89147-7947
info@silverbulletllc.com

Office: 702-496-7167

© 2016 Silver Bullet. All rights reserved. Sitemap