Norman C. Witte Law Office · 119 E. Kalamazoo Street · Lansing, Michigan 48933-2111 · (517) 485-0070 · Facsimile (517) 485-0187

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

**Protecting Michigan Taxpayers,** a Michigan non-profit corporation,

Plaintiff,

v.

**Timothy F. Mooney** and **Chuck Warren,** both d/b/a **Silver Bullet, LLC**,

Defendants.

______________________________________/

Docket No. 1:16-cv-00305-JTN-ESC
Hon. Janet T. Neff
Magistrate Judge Ellen S. Carmody

## STIPULATED ORDER TO DISMISS CASE

At a session of the United States District Court for the Western District of Michigan, Southern Division, in Grand Rapids, Michigan on January 20, 2017.

**Present:** Hon. Janet T. Neff
United States District Judge

This matter having come before the Court on the stipulation of the Plaintiff Protecting Michigan Taxpayers ("PMT") and Defendants Timothy F. Mooney ("Mooney") and Chuck Warren ("Warren"), by their respective attorneys, and the Court being otherwise fully advised in the premises,

IT IS ORDERED that this case is dismissed with prejudice and without costs as to either party.

/s/ Janet T. Neff
Hon. Janet T. Neff
United States District Judge

Norman C. Witte Law Office · 119 E. Kalamazoo Street · Lansing, Michigan 48933-2111 · (517) 485-0070 · Facsimile (517) 485-0187

We stipulate to entry of this order.

**PROTECTING MICHIGAN TAXPAYERS**

By: /s/ Norman C. Witte
Norman C. Witte (P40546)
WITTE LAW OFFICES PLLC
Attorney for Plaintiff
119 E. Kalamazoo Street
Lansing, Michigan 48933-2111
Telephone: (517) 485-0070
Facsimile: (517) 485-0187
Email: ncwitte@wittelaw.com

Dated: January 19, 2017

**TIMOTHY F. MOONEY AND CHUCK WARREN**

By: Jeffrey B. Linden
Jeffrey B. Linden (P58007) (Of Counsel)
THAV GROSS, PC
Attorney for Defendants
30150 Telegraph Road, Suite 444
Bingham Farms, MI 48025-4549
Telephone: (248) 645-1700
Facsimile: (248) 686-0722
Email: jlinden@thavgross.com
Dated: January 19, 2017